UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL AND CATHERINE BURKE,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATE WALSH, in her official capacity as Secretary of the Massachusetts Executive Office of Health and Human Services, ET AL.,<br><br>    Defendants. | Civil Action No. 23-11798-MGM |

SCHEDULING ORDER

August 27, 2024

MASTROIANNI, U.S.D.J.

The following schedule is entered based on the parties' Joint Statement (Dkt. No. 94) and the schedule set at today's scheduling conference:

1. The parties shall complete fact discovery by **February 28, 2025**.

2. The parties shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) and applicable Local Rules by **March 28, 2025.**

3. The parties shall designate and disclose rebuttal expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) and applicable Local Rules by **April 30, 2025.**

4. The parties shall complete expert discovery by **May 30, 2025.**

5. Dispositive motions, if any, shall be filed by **August 1, 2025**. Oppositions shall be filed by **August 29, 2025**. Replies, if any, shall be filed by **September 19, 2025.**

6. A hearing on any filed dispositive motions will be held on **October 7, 2025, at 11:00 a.m.** If no dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

It is So Ordered.

                                                /s/ Mark G. Mastroianni
                                                MARK G. MASTROIANNI
                                                United States District Judge