UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL and CATHERINE BURKE,<br><br>　　Plaintiffs,<br><br>　　　　　　v.<br><br>KIAME MAHANIAH, in his official capacity as Secretary of the Massachusetts Executive Office of Health and Human Services, *et al*.<br><br>　　Defendants. | C.A. No. 3:23-cv-11798-MGM |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1 and Fed. R. Civ. P. 56, Official Capacity Defendants Kiame Mahaniah, Staverne Miller, and Laurie Sullivan, and Official and Individual Capacity Defendants Anna Moynahan, Theresa Harris, Dawn Sweetman, Tywanna Jones, Caitlyn Levine, Stacy Clark, Euphemia Molina, Luz Estrada, and Angel Emerson (collectively "Defendants") hereby move for summary judgment on all counts in Plaintiffs' Complaint (ECF No. 6). In support of this Motion, Defendants incorporate by reference the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment, and the Exhibits attached thereto.

### REQUEST FOR ORAL ARGUMENT

Defendants request oral argument on this motion.

WHEREFORE, Defendants respectfully requests that this Court:

A. Allow this Motion and grant summary judgment on the basis of qualified immunity to the nine Individual Capacity Defendants, Anna Moynahan, Theresa Harris, Dawn Sweetman, Tywanna Jones, Caitlyn Levine, Stacy Clark, Euphemia Molina, Luz Estrada, and Angel

    Emerson, on all claims pleaded in the Complaint (ECF No. 6);

B. Allow this Motion and grant summary judgment in favor of the Official Capacity Defendants on all claims pleaded in the Complaint (ECF No. 6);

C. Enter judgment in favor of Defendants and dismiss this lawsuit with prejudice; and

D. Grant such other and further relief as equity and justice require.

/s/ *Grace Gohlke*
Grace Gohlke (BBO No. 704218)
Michael Shiposh (BBO No. 680131)
Benjamin E. Bryant (BBO No. 714077)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 963-2527
grace.gohlke@mass.gov
michael.shiposh@mass.gov
benjamin.e.bryant@mass.gov

Dated: March 13, 2026

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(2)

I, Grace Gohlke, hereby certify that on October 29, 2025, my co-counsel Michael Shiposh and I conferred with Plaintiffs' counsel, Lori Windham, Esq., in good faith to resolve or narrow the issues raised in this Motion, but were unable to reach agreement.

/s/ *Grace Gohlke*
Grace Gohlke

Dated: March 13, 2026

## CERTIFICATE OF SERVICE

I certify that today, March 13, 2026, I caused this document to be filed through the Court's ECF system, which cause it to be sent electronically to all registered members as identified on the Notice of Electronic Filing (NEF) today, which includes all counsel of record.

/s/ *Grace Gohlke*
Grace Gohlke

Dated: March 13, 2026