# EXHIBIT A

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

```
 1                    UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   ------------------------------x
 5   MICHAEL and CATHERINE BURKE,
 6                  Plaintiffs
 7                                           Civil Action
 8   v.                                      No. 3:23-cv-11798-MGM
 9
10   KATE WALSH, in her official
     capacity as Secretary of the
11   Massachusetts Executive Office
     of Health and Human Services,
12   et al.,
                    Defendants
13   ------------------------------x
14
15
16            VIDEOTAPED DEPOSITION OF MICHAEL BURKE, a
17      witness called by and on behalf of the Defendants,
18      taken pursuant to applicable provisions of the
19      Massachusetts Rules of Civil Procedure, before
20      Nicole E. Lavigne, a Registered Professional Reporter
21      and Notary Public in and for the Commonwealth of
22      Massachusetts, at Massachusetts Office of the Attorney
23      General, 1441 Main Street, Springfield, Massachusetts,
24      on Wednesday, May 28, 2025, commencing at 11:04 a.m.
```

28

1    Q.  Yes, dating.  Sorry.  Yeah.  Yeah.  Yeah.
2    A.  Okay because there's a long story, and I know we
3  don't need to waste time on that.  We began dating
4  eight and a half years ago.
5    Q.  Okay.  And approximately when did you get
6  married?
7    A.  On June 8 it will be seven years.  Gotta
8  remember that.
9    Q.  Make a note, put it in the calendar, you know.
10   A.  Click.
11   Q.  Yeah.  And you do not have any children,
12 correct?
13   A.  No.
14   Q.  And you don't have any children from a prior
15 relationship?
16   A.  No.
17   Q.  Okay.  Initially you and Mrs. Burke -- may I
18 call her Mrs. Burke?  Is that okay?
19   A.  That's fine.
20   Q.  Okay.  You and Mrs. Burke applied to adopt a
21 child from a private adoption agency, correct?
22   A.  We did.
23   Q.  And was that agency called A Full Circle?
24   A.  I think they're just called Full Circle, not A

29

1  Full Circle.
2      Q.  Full Circle, okay.  Do you recall approximately
3  when you began the process with Full Circle?
4      A.  It was during COVID.  I don't remember -- I want
5  to say it's 2020.  I don't remember the exact date.
6  I'm sorry.
7      Q.  That's okay.  COVID actually spanned --
8      A.  Yeah.
9      Q.  -- quite a -- quite a range.
10     A.  That's why I said it was during COVID.  I
11 remember that.
12     Q.  Do you -- so what prompted you to begin working
13 with Full Circle?
14     A.  So -- sorry, this is a sore subject for me.
15     Q.  Take your time.
16     A.  ████████████████████████████████████████
17 ████████████████████████████████████
18 ██████████████████████████████████████████
19 ██████████████████████████████████████████
20 ██████████████████████████████████████████
21 ████████████████████████████
22              MS. WINDHAM:  Can we take just a
23      minute?
24              MR. SHIPOSH:  Do you need a few

Michael and Catherine Burke vs Kate Walsh    Videotaped    Michael Burke

30

```
 1        minutes here?  Yeah.  Want to go off the
 2        record.
 3              THE VIDEOGRAPHER:  Off record 11:31.
 4              (A brief recess was taken.)
 5              THE VIDEOGRAPHER:  We're back on
 6        record 11:33.
 7     Q.  (By Mr. Shiposh)  Okay.  So, Mr. Burke, at some
 8  point, you began working with Full Circle --
 9     A.  Yes.
10     Q.  -- adoptions, correct?
11     A.  Yes.
12     Q.  Did you consider other adoption agencies before
13  you began working with A Full Circle, or Full Circle?
14     A.  I don't remember working -- considering other
15  adoption agencies at that time.
16     Q.  Okay.  Do you recall meeting with employees of
17  Full Circle about your application and the process?
18     A.  I remember meeting with -- I believe she was the
19  head of it.  I'm not exactly sure what her title or her
20  name was.  She was in the office.  I remember
21  meeting -- doing a home study.  That's what I remember.
22     Q.  And what did that home study involve to your
23  memory?
24     A.  To my memory, it was a meeting with both of us
```

Michael and Catherine Burke vs Kate Walsh                Videotaped                Michael Burke

31

1   off the start and then individual meetings, and then I
2   don't remember -- I think there was another meeting at
3   the end of it, but I don't remember if there was a
4   fourth meeting of it all.
5       Q.   And when you say "both of us," you mean you and
6   Mrs. Burke?
7       A.   Correct.
8       Q.   During those meetings, do you know or do you
9   recall whether LGBTQIA issues were discussed?
10      A.   Very briefly.
11      Q.   What do you recall about those conversations?
12      A.   I remember one question, and I don't remember
13  what the question was, but it was -- my answer was:  I
14  would love a child just as God loves me.
15      Q.   And so do you remember there being any other
16  discussion?
17      A.   To the best of my memory, I do not.
18      Q.   And do you remember any other discussion between
19  Full Circle and Mrs. Burke regarding LGBTQ issues?
20      A.   I can't answer what Mrs. Burke did.
21      Q.   I'm saying when you were talking with Full
22  Circle together --
23      A.   Okay.
24      Q.   -- do you remember any conversations that she

69

1  don't remember who it was, but someone accused me of
2  being color blind in the DCF stuff.  I don't look at
3  people as black or white.  I look at everyone is equal.
4  Can we all be equal?  Yeah.  Can I disagree with your
5  actions, yes, but we can all be equal and loved as a
6  child of God.
7     Q.  If your child came to you and said:  I am trans,
8  and asked you to use different pronouns than their
9  pronouns associated with their biological sex, would
10 you use the preferred pronouns?
11    A.  I would not.
12    Q.  How come?
13    A.  I don't feel comfortable using what they're
14 not -- what God didn't give them.  If God said:  You're
15 a boy, you're a he.  God said:  You're a girl, you're a
16 she.  Why would I be more powerful than my God?  I'm
17 not a God.
18    Q.  I believe somewhere you had relayed that you
19 have a trans friend that you -- and you do not use that
20 person's preferred --
21    A.  Do not --
22    Q.  -- pronouns?
23    A.  -- use their pronouns.
24    Q.  Okay.

94

```
 1        speculative means.  I'm sorry.
 2        Q.  (By Mr. Shiposh)  Do you have any facts, facts
 3   that would say how much business you did not generate?
 4        A.  No different than how much people stay at the La
 5   Quinta down the street.
 6        Q.  So, again, just the answer is you don't -- you
 7   don't know?
 8        A.  I don't have, no.
 9        Q.  You had mentioned or at least you made reference
10   to ███████████████.
11        A.  Yes.
12        Q.  Are you seeking damages for emotional
13   injuries --
14        A.  Yes.
15        Q.  -- in this case?
16        A.  Yes.
17        Q.  Okay.  What were the symptoms that you
18   experienced?
19        A.  ████████████████████████████████████████
20   ████████████████████████████████████████
21   ████████████████████████████████████████
22   ████████████████████████████████████████
23   ████████████████████████████████████████
24   ████████████████████████████████████████
```

```
                                                                    95
1   █████████████████████████████████████████████████████████
2   ████████████████████████████████████████████████████████████
3   ███████████████████████  Before this, before the denial and
4   everything like that, I didn't have that concern. █
5   ███████████████████████████████████████████████████
6   ████████████████████████████████████
7       Q.  So did you seek any medical or mental health
8   treatment for these symptoms?
9       A.  I continued my medical and mental health
10  treatment, yes.
11      Q.  And who provides you with -- let's start with
12  mental health treatment.  Who provides you with mental
13  health treatment for these --
14      A.  ████████████████████████████████████████
15      Q.  And do you see a specific physician or
16  clinician?
17      A.  I'm going to -- █ is very known for losing
18  providers.  While I was here, it was ████████████████.
19  When I moved, I had a clinician for three sessions, and
20  then she just left ██████.  I have another one, I've
21  never met this man, in two weeks.  So I'm kind of --
22  it's the issue with ██████.  You can't keep people
23  working at ██████ ever, which is horrible ████████████.
24      Q.  And so I understand that you haven't met with
```

```
                                                               97
1   described other than from the clinicians you've --
2       A.   Just from those clinicians.
3       Q.   Okay.
4       A.   I did have a primary care, but the two at ▮▮▮
5   don't match.
6       Q.   ████████████████████████████████████
7   ████████████████████████████████████
8   ████████
9       A.   ████████████████████████████████████
10  ████████████████████████████
11      Q.   ████████████████████████████████████████
12  ████████████████████████
13      A.   ██████████████████████
14      Q.   ████████████████████
15      A.   ████████████████
16      Q.   Are you seeking to recover medical costs
17  associated with treatment for the symptoms you
18  described?
19      A.   ████████████████████ I have no medical costs.
20      Q.   Is there any other type of emotional distress
21  that you've endured that you attribute to the
22  Department of Children and Families other than what
23  you've described?
24      A.   Personally, no.
```

155

1   Q.  How often would you go?
2   A.  There's a horrible joke called:  You go to
3   Disney one year and then you go back twice the next
4   year and then three times the year after that.  We
5   started with one trip.  It -- before we moved, we were
6   up to three trips in one year.
7   Q.  That sounds fun.  Okay, I think this is the last
8   topic.  So after the conversation that you had with
9   Ms. Jones about DCF's licensing decision, you -- do you
10  recall asking for a fair hearing?
11  A.  My wife asked for that fair hearing.
12  Q.  Okay.  And do you recall withdrawing that
13  request for a fair hearing?
14  A.  I remember the withdrawal, yes.
15  Q.  Yeah.  Why did you withdraw the request?
16  A.  At advisement of legal counsel.
17  Q.  Okay.  So I'm not going to ask you anything
18  about what you're saying to your lawyers or what
19  they're saying to you.
20  A.  Mm-hmm.
21  Q.  How did you come to learn of The Becket Fund for
22  Religious Liberty?
23  A.  You're going to have to ask my wife that one
24  because, again, she does all the research.

175

1  COMMONWEALTH OF MASSACHUSETTS                    HAMPSHIRE, SS.

2

3         I, NICOLE E. LAVIGNE, a Registered Professional
   Reporter and Notary Public duly commissioned and
4  qualified in and for the Commonwealth of Massachusetts,
   do hereby certify that there came before me on the 28th
5  day of May, 2025, at 11:04 a.m., the person
   hereinbefore named, MICHAEL BURKE, who provided
6  satisfactory evidence of identification as prescribed
   by Executive Order 455 (03-13) issued by the Governor
7  of the Commonwealth of Massachusetts, was by me duly
   sworn to testify to the truth and nothing but the truth
8  of his knowledge concerning the matters in controversy
   in this cause; that he was thereupon examined upon his
9  oath, and his examination reduced to typewriting under
   my direction; and that this is a true record of the
10 testimony given by the witness to the best of my
   ability.
11        I further certify that I am neither attorney
   or counsel for, nor related to or employed by, any
12 of the parties to the action in which this
   deposition is taken, and further, that I am not a
13 relative or employee of any attorney or counsel
   employed by the parties hereto or financially
14 interested in the action.

15

16       My Commission Expires:   April 3, 2031

17

18                        *Nicole E. Lavigne*

19
                              Nicole E. Lavigne, RPR
20                            Notary Public

21

22

23

24