# EXHIBIT B



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

**www.fullcircleadoptions.org**

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Introduction to the Home Study Support Documents (MA)

**Dear Prospective Adoptive Parents**:

Congratulations on taking the first step in your adoption journey! We thank you for allowing Full Circle Adoptions to help you grow your family, and are excited for you to get started.

The adoption process is just that—a process. As you begin to look through the materials provided to you, the amount of paperwork may seem daunting, but we hope to make it as approachable as possible. In this letter, you will find information about what documents you should begin collecting first and tips for how to go about it in the most efficient way.

A common question we get from prospective adoptive parents about the adoption process is, "How long will the home study take?" We'd like to answer this, in part, by saying this is mostly up to you and how quickly you can get the home study support documents to us. As soon as you've submitted your application to us, we recommend the following:

## I. First, Request the Documents You Need from Other Sources:

We advise that you work on completing support documents that require other people's assistance first. We recommend contacting the individuals from whom you'll need to ask for documents and letting them know that you'll be grateful for their time-sensitive response.

The parts of the process that require other people's assistance are listed below:

1. **Background Checks:**
   Complete and send the forms for your CORIs and CANs to the agency. These are for the state of Massachusetts; in the event that you lived in another state at any point, please let us know which states and the dates you lived there so we can provide you with the appropriate additional background checks (see section 2 for the forms and instructions);

2. **Physicals:**
   Call and schedule physicals for you, any children already in your family, and any others living in your home part or full time. If any of the above-listed hasn't had a physical completed within one year of your application, you or they should ask for an appointment that would take place as soon as possible. Offer to see another doctor in the practice if your usual doctor is booked up. An MD has to sign off on the report, per Massachusetts' regulations, but an NP or PA can complete your exam (see section 3 for doctors' releases and forms);

1

### 3. Personal References:
Call your references and ask if they can complete the reference letter within two weeks. Perhaps ask them to send you a copy so you'll know it was completed. They should prepare a hard copy letter listing their names, address, email and phone number, and it should be signed legibly. The hardcopy letter and corresponding release should be mailed by the reference directly to the agency's Northampton office. If they can't do this in two weeks, consider asking if other references can come through for you in a more timely fashion (see section 3 for personal reference releases/letter writing instructions);

### 4. Assignment of Guardianship:
Ask two people (preferably a couple who is close to you, youthful, and financially stable) to serve as the guardians to your prospective adoptive child in the event that you become incapacitated or pass away before your child reaches adulthood. Upon acceptance of this role, have them complete the Acceptance of Assignment of Guardianship form (see section 3 for form);

### 5. Vital Certificates:
The agency needs:
- two (2) original birth certificates for each perspective adoptive parent and any children you may have
- two (2) original marriage certificates (if applicable)
- one (1) original divorce decree per divorce (if applicable)
- one (1) original death certificate for any former spouse who has passed (if applicable)

You can obtain these documents by contacting the town/city in which these events happened (e.g. if you were born in Boston, Massachusetts, that city will have your birth certificate on record.) It may be helpful to explore the website for the town/city that has the certificate you need to request—often the Town Clerk page will have instructions for requesting vital certificates.

### 6. Employer References:
Ask your employer/human resource person, personally, if they can expedite their employment confirmation letter and release (see section 3 for release/letter writing instructions);

### 7. If you have seen a therapist in the last seven years:
Ask any therapists (individual, couples', etc.) to write a letter (consistent with the request in the cover letter in your materials). Call to let them know how important it is to you for them to do this in a timely fashion (see section 3 for release/cover letters);

### 8. If you have pets:
Ask the veterinarian to complete the vet form and note whether there are any suggestions for helping your pet adjust to the addition of a new member of the family (see section 3 for the release and veterinary form);

### 9. Special Home Requirements (as applicable):
If you have well-water, asbestos, lead paint, or any other issues for which it would help to have a letter saying that, i.e. the water is potable, the lead paint is abated and not in a condition that would pose any hazard to a child etc., ask for a professional to complete any testing and prepare a report documenting the resolution of the matter as soon as possible (see section 3 for instructions);

### 10. Review the Documents Outlined in the Next Pages:
If there are other parts of the application that depend on others to do their part, get that moving first— i.e. your accountant to send you tax returns, etc. (see section 3 for instructions);

2

BURKE0000031

## II. Next, Complete the Documents You Personally Need to Complete:

After doing the parts of the application that call on others to help you, you can turn your attention to the parts of the application that are more within your control:

1. Read through the policies and contact FCA about any questions you have (see email from us with policy packet PDF);
2. Initial, sign/date, and mail us the policies checklist (see section 5 for checklist);
3. Sign/date the agency's financial policies (see section 5 for the four policies);
4. Write a 4-5 page autobiography so the home study social worker can know you better; this is not shared with expectant parents (see section 3 for autobiography writing instructions);
5. Complete the program documents (see section 4 for these forms);
6. Write the agency an explanation concerning any results for any criminal records check or child abuse/neglect registry check, or any similar matter;
7. Write the agency an explanation or clarification about any other matters;

We hope this will help make your experience the most efficient possible. If you have any questions, please do not hesitate to email us at team@fullcircleadoptions.org or call 413-587-0007! When we receive and process the necessary forms, we will review the supporting documents and connect you with a home study social worker.

Thank you,
*The Full Circle Adoptions Team*

BURKE0000032

PAP #_____



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2ⁿᵈ Floor
Northampton, MA 01060

# Prospective Adoptive Parent Documents Checklist (MA)

On the following pages you will find a checklist of all items required to be submitted to Full Circle Adoptions before your home study may be finalized.

**The documents in <u>BOLD</u> are items that you must gather before your home study meetings can begin. You should focus on getting these to us first, but all items need to be submitted before your home study can be finalized.**

Some Notes on How to Use Your Checklist:

This checklist was created to help you remember what has been submitted and what is left to submit to the agency.  We encourage you to make note of the date you sent items to the agency for your own reference.

In the left column you will find a number assigned to each of the documents; this number corresponds to the number found in the upper right hand corner of most of the forms in this notebook. While these numbers were created to help our office maintain our files, they can also be helpful to you so that you may quickly find a form while leafing through your notebook, or however else you see fit.

Many of the documents simply need to be signed and sent in to Full Circle. Others, like the releases for references and medical reports, need to be sent elsewhere first. For example, the medical releases must be signed by you, and then sent to your provider who will sign and send them to us with their report. Refer to the top of the form for these special instructions.

Please send in documents and materials as you collect them, rather than waiting until you have everything.  It's helpful to the office to log materials in as you go along.

1



BURKE0000035

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Background Checks (MA)

## Who Obtains Background Checks?
Prospective adoptive parents and any adult household members are required to complete a CORI, CAN, SORI, and FBI Federal criminal record check (fingerprints). Minors 16+ living in the home and at-home nannies are also required to complete these background checks.

Prospective adoptive parents can also make copies of the background check forms/releases marked "Other Adult" at the top and give sets of these forms to family/friends who have indicated a willingness to travel and provide support during the adoption process. This is a recommendation and not a requirement.

## Massachusetts Background Checks:
Every adult and minor, age 16+, in your home must complete the following background check forms and send them to Full Circle Adoptions. These are applications for the record checks, the results of which will be returned directly to Full Circle Adoptions:
- CORI (Criminal Offender Registry Information) – 1 copy each
  PLUS a copy of a Government Issued Photographic Identification (Driver's License, ID, Passport)
- CAN (Child Abuse & Neglect Registry) – 3 copies each

## Federal Background Checks:
All household members over the age of 18 are required to complete an FBI fingerprint check. Please see the page entitled, "Agency FBI Record Check Fingerprint Instructions" for detailed instructions on how to complete this check for Full Circle Adoptions. Please note that you will need to wait for instructions from our agency before this check can be performed.

## Out-of-State/Country Checks:
The Adam Walsh Child Protection and Safety Act Public Law 109-248, 120 Stat. 608, 42 USC 1691, § 152 (a), requires states to check child abuse and neglect registries in all states in which prospective foster or adoptive parents and any other adult living in the home has resided in the preceding five years. Please let us know if you have resided in other states in the past 5 years so we may provide you with the appropriate Child Abuse and Neglect forms and instructions.

## Background Check Releases:
Also in this section are releases to your CORI, CAN, SORI, and FBI Record Check results for each adult or minor age 16+; these releases should be completed and sent to Full Circle Adoptions.

BURKE0000036



# Prospective Adoptive Parent Policies

BURKE0000038

**Adoption brings love full circle.**

**www.fullcircleadoptions.org**

Phone: 413-587-0007
Fax: 413-584-1624

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Prospective Adoptive Parent Policies Cover Letter

Dear Prospective Adoptive Parents,

Welcome to Full Circle Adoptions – and congratulations on beginning the process of building your family through adoption!

It is the goal of the agency to have excellent communications with you throughout this process and to provide support to you as you move through the different phases of the adoption process. As you might expect, there can be stressful moments in this process and we hope to help you prepare for these moments by educating you about the road ahead. We want to minimize the surprises and to make this process as smooth as possible.

Please reach out to us if you have any concerns or if you want to connect for any reason. The agency phone number is 413-587-0007.

Agency professionals are typically available to you between 9 am and 5 pm, Monday through Friday. Gabrielle Staples, our Administrative Manager is responsible for helping you to collect all of the paperwork necessary at different points along the way. She can explain aspects of the paperwork that may be confusing and will keep track of what you still need to turn in to us. Molly Reynolds, Executive Director, is in the Northampton office from Monday to Friday most weeks, but can be reached if needed on an urgent basis at any time. You can email her and she will get back to you promptly. If you are out of state for placement of a baby, you will have her cell phone number for calls or texts.

You will be assigned a social worker when your paperwork is complete and you are ready for your home study to begin. This social worker will stay in touch with you monthly, throughout the waiting period, until you are placed with a child. After placement, your social worker will have monthly contacts with you until the adoption is finalized. You can reach out to her when you would like to talk with her throughout this time period. Currently, our social workers are: Julie Belmont, LICSW, Jillian Dominick, LICSW, and Lara Dimidjian, LCSW (bi-lingual – English & Spanish speaking).

Warmly,
*The Full Circle Adoptions Team*

1.00

12
BURKE0000039

⊘ 12/3/2020

1.00

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Full Circle Adoptions Policies Checklist

Please read each policy carefully and thoroughly. Contact Full Circle Adoptions with any questions, big or small. When you have read and agree to the policy, please *individually initial* in the columns below; "PAP #1" and "PAP #2" should follow who you listed as #1 and #2 on your agency application.

When you have read and initialed all of the policies in the policy packet, please sign and date at the bottom of each sheet and mail the 3-page policy checklist to Full Circle Adoptions (39 Main Street, Suite 31, Northampton, MA 01060).

Thank you,
*The Full Circle Adoptions Team*

| PAP #1 | PAP #2 | # | Policies |
|---|---|---|---|
| | CB | 1.00 | Policy Introduction Letter |
| | CB | 1.01 | Phases of the Adoption Process |
| | CB | 1.02 | Orientation Confirmation for Foster Families, PAPs, & Personnel |
| | CB | 1.03 | Scope & Limitations of Confidentiality |
| | CB | 1.04 | Email Communication Release Policy |
| | CB | 1.05 | Written Qualifications of Prospective Adoptive Parents |
| | CB | 1.06 | Grievance and Appeal Policy & Procedure |
| | CB | 1.07 | Home Safety & Social Work Visits Policy |
| | CB | 1.08 | Policy on Assessing Appropriate Conduct in Civil or Criminal Matters |
| | CB | 1.09 | Home Study Accuracy Policy |
| | CB | 1.10 | Statement Regarding Keeping Home Studies Current |
| | CB | 1.11 | Home Study Copies Policy |
| | CB | 1.12 | Agency Philosophy & Policy Regarding Discipline of Children |
| | CB | 1.13 | Statement Acknowledging Risks Involved in Adopting a Child |
| | CB | 1.14 | Health Information & the Health Status of a Child |
| | CB | 1.15 | Medical Liability Release Policy |
| | CB | 1.16 | Policy Regarding Potentially Sensitive Matters |
| | CB | 1.17 | Second Medical Opinions Prior to Placement of the Child |
| | CB | 1.18 | PAP and/or Child Request with Respect to the Search Process |

1

**13**
BURKE0000040

BURKE0000041

12/3/20

1.00

| PAP #1 | PAP #2 | # | Policies |
|--------|--------|-----|----------|
| MB | CB | 1.19 | Post Placement Agreement Request |
| MB | CB | 1.20 | Policy Strongly Recommending Families Do Not Bring Children to Pre-Placement Visits with Expectant Parents or to the Placement |
| MB | CB | 1.21 | Statement of Understanding Re: Inter-State Placements |
| MB | CB | 1.22 | Policy Regarding Formal Counseling Following a Change of Heart |
| MB | CB | 1.23 | Policy for Record Copies |
| MB | CB | 1.24 | Legal Representation |
| MB | CB | 1.25 | Requirements for Vaccinations |
| MB | CB | 1.26 | Prohibition on Child Buying |
| MB | CB | 1.27 | Adoption Procedural Summary |
| MB | CB | 1.28 | Policy Regarding Legal Counsel for Expectant/Biological Parents |
| MB | CB | 1.29 | Policy Regarding No Preferential Treatment for Agency-Involved Individuals |
| MB | CB | 1.30 | Previous Home Study Acknowledgement |
| MB | CB | 1.31 | Lead Paint Policy |
| MB | CB | 1.32 | Adoption Education Policy |
| MB | CB | 1.33 | Ancillary ASP Policy |
| MB | CB | 1.34 | Written Procedure for Legalizing an Adoption |
| MB | CB | 1.35 | Policy for Clients Working with Other Principal Placement Agency |

I have thoroughly reviewed the above-stated policies and information and taken the time to ask any questions I have. I agree to abide by the terms of the above policies and agree to the principles as they apply to our adoption process.

Please **sign legibly, date,** and **print your name below your signature**. Thanks!!

_____
Prospective Adoptive Parent #1 Signature

9/22/2020
Date

Michael J Burke
Prospective Adoptive Parent #1 Printed Name

_____
Prospective Adoptive Parent #2 Signature

9/22/2020
Date

Catherine J.E. Burke
Prospective Adoptive Parent #2 Printed Name

2

BURKE0000043

@ 12|3

1.00

| PAP #1 | PAP #2 | # | **Financial Policies** |
|--------|--------|------|------------------------|
| M | CB | 6.01 | Fee Schedule |
| M | CB | 6.02 | Additional Fees & Costs |
| M | CB | 6.03 | Client Escrow Fund Account Policy |
| M | CB | 6.04 | Authorization for Expenses |

I have thoroughly reviewed the above stated agreements and information and taken the time to ask any questions I have. I agree to abide by the terms of the above agreements and agree to the principles as they apply to our adoption process.

Please **sign legibly, date**, and **print your name below your signature**. Thanks!!

_____
Prospective Adoptive Parent #1 Signature

9/22/2020
_____
Date

Michal Burke
_____
Prospective Adoptive Parent #1 Printed Name

Cathrine E Burke
_____
Prospective Adoptive Parent #2 Signature

9/22/2020
_____
Date

Catherine JE Burke
_____
Prospective Adoptive Parent #2 Printed Name

3

**17**
BURKE0000044

BURKE0000045



1.01

**Adoption brings love full circle.**



www.fullcircleadoptions.org

Phone: 413-587-0007
Fax: 413-584-1624

8 Bridge Street, 2ⁿᵈ Floor
Northampton, MA 01060

# Phases of the Adoption Process

Dear Prospective Adoptive Parent(s),

The adoption journey involves many phases. This document provides an overview of each of those phases, along with some tips about what to expect during each phase and how to best prepare. Please read carefully and feel free to reach out to us with any questions!

### Note the following abbreviations used in this document:

HS=Home Study
EP=Expectant parent (when a parent is pregnant)
BP=Birthparent (when the child is already born)

SW=Social Worker
PAP=Prospective Adoptive Parent
AP=Adoptive Parent
FCA=Full Circle Adoptions

| Phase of Adoption Process | What to Expect and Ways to Prepare |
|---|---|
| Orientation Period | <ul><li>Attend an orientation session and follow up with staff as needed by phone, email, or in-person.</li><li>Take time to ask any and all questions related to adoption.</li><li>Take time to understand the fee schedules.</li><li>Be forthcoming about any issues that you think could be deemed relevant to your home study and the adoption process.</li></ul> |
| Initial Paperwork Period | <ul><li>Orient yourself to the AP Notebook and develop a plan and timeline for completing the paperwork.</li><li>Take time to understand the background check process. Monitor your expiration dates for the various components of that process. Ask our Program Coordinator if you need help.</li><li>Stay in touch with the agency to update us on your status.</li></ul> |
| Home Study/Home Study Updates/Limited Reassessments | <ul><li>Once your paperwork is complete, a SW will be assigned to complete your home study.</li><li>You can expect between 3-5 visits with your SW.</li><li>During the home study process, you can ask your SW any relevant questions about the adoption process.</li><li>Complete ten hours of required adoption-related education.</li><li>Take time to consider important aspects of adoption, including openness, prenatal substance exposure, transracial adoption,</li></ul> |

1

BURKE0000046

BURKE0000047

1.01

| | |
|---|---|
| | and other key issues. |
| Preparing for Pre-Match Period | • Once your home study is finalized, you can move on to creating your Dear Birthparent Letter and your adoptive parent profile.<br>• Write, edit, and finalize your Dear Birthparent Letter.<br>• Schedule an appointment with a professional photographer and identify candid photos for your profile.<br>• Work with agency staff to develop a profile you feel good about. |
| Pre-match | • Once your profile is finalized, you are ready to be presented to EPs/BPs.<br>• Identify a team (including a medical provider and other specialists as needed) who is available to you to answer questions and review records for specific situations.<br>• Be ready to review and make decisions on whether you would like to be presented for various situations. **Make sure you are accessible to agency staff during this period by email or phone as we sometimes receive closely timed situations.** If you are not going to be available for an extended period, let us know.<br>• The waiting period can be challenging for many PAPs. Use your monthly contacts with your SW to process feelings related to this. |
| Match/Pre-placement | • If an EP/BP chooses you, you may be asked to meet with them in person or by phone. Be prepared to travel if needed. FCA will help you develop questions to ask EPs.<br>• A **Confirmation of Match** occurs when EPs/BPs that you have chosen to be presented to chooses you as the PAPs for their child(ren).<br>• After match, PAPs may provide financial support for pregnancy-related expenses to the EP/BPs **through the adoption agency.** The EP/BPs SW will assess financial need and FCA will discuss these needs with you. **Never provide cash or any other gift of any kind to any EP/BP or a related person.**<br>• You can expect to receive redacted medical records in an ongoing way for the EPs/BPs you are matched with. FCA facilitates this.<br>• Please keep FCA staff in the loop around communications with the BPs/EPs. **If concerns arise in your communications, inform FCA immediately.**<br>• If you are traveling and will not have cell phone service, be sure to inform FCA. We need to be able to reach you in a timely manner during the pre-placement period.<br>• When you are preparing to travel to accept placement, be sure to bring sufficient funds to cover any last-minute expenses. Check with FCA to make sure your escrow account is funded sufficiently.<br>• Work with FCA staff and other adoption professionals on creating your post-placement communication agreement. Consider your hopes for post-placement communication, but be mindful that EPs/BPs wishes in this matter will be prioritized. |

2

BURKE0000048

1.01

**Use your adoption professionals to negotiate these matters instead of talking directly with BPs/EPs.**

- Familiarize yourself with the laws regarding surrenders in the state you are adopting from. Consult with your adoption and legal professionals on this matter.
- Be prepared that the period leading up to birth is often the most emotionally difficult for EPs, as they review their decision and begin the grieving process. Use your SW for support in this phase.

| Placement | • Most often, PAPs will travel to the birthing hospital where the EP is delivering. You will know in advance the EPs preferences regarding timing for introducing you to the baby.<br>• Do not bring other children with you to placement. Make plans for your other children to be cared for when you take placement.<br>• You must stay in the child's birth state until FCA's director informs you that you can travel home. Permission to travel is granted by ICPC (Interstate Compact for the Protection of Children) in both the sending and receiving states.<br>• Add the baby to your insurance as soon as possible, ideally retroactively to birth.<br>• You may need to identify medical professionals in your child's birth state to provide newborn care. Work with local professionals on this matter. |
| --- | --- |
| Change of Heart | • At times, EPs/BPs will have a change of heart regarding their adoption plan leading up to or during the birth process. This situation, known as a fall-through, is extremely disappointing and painful for PAPs. FCA is here to support you, and will want to meet with you in person to process your feelings should this occur.<br>• A fall-through often affects PAPs emotionally as they move on to new situations. We will provide clinical support to make sure you are in a good place emotionally to continue reviewing potential matches, and will refer you for further support as needed. |
| Post-placement/Pre-finalization | • Identify and begin pediatric care in the birth state if needed, as well as at home. Sign Releases of Information allowing FCA to obtain medical records for your child's pediatrician and any other specialists. This is required for finalization.<br>• Participate in monthly post-placement supervision meetings with a FCA SW (typically alternating between in-person and phone meetings). The first post-placement meeting must occur within 10 days of the child's birth, or within a week after returning to your home state.<br>• If you have taken an out-of-state placement, you will need to keep communicating with both FCA and the placement agency. If you should receive conflicting information from those two agencies, discuss this with FCA as soon as possible.<br>• Work on setting up your ChildConnect account, and/or other |

3

BURKE0000049

1.01

| | |
|---|---|
| | modes of communication you have agreed to with the BPs. Comply with timelines in the Communication Agreement. |
| Finalization/Post-finalization | • Timelines and requirements for finalization differ depending on the state. Familiarize yourself with the finalization timeline and requirements for your child's birth state. Some finalizations have to occur in person, where others can be done remotely. <br>• Leading up to finalization, FCA will communicate with you regarding necessary paperwork. Submit paperwork in a timely manner to ensure there are no delays in finalization. <br>• Post-finalization, continue to provide child updates in the manner the Communication Agreement specifies. Speak with FCA if you have questions or concerns regarding post-placement communications. |
| Throughout the Process | • Make use of the online videos on our website, which have information about many different phases of the adoption process. <br>• FCA may require that PAPs meet with a therapist or counselor during the adoption process. Please be open to this as an additional clinical support. <br>• Adoption placements can occur quickly. Make your financial plan accordingly; a good guideline is to have all the funds needed for the process when you begin the adoption journey. <br>• Remember that it is never appropriate to give, directly or indirectly, any money or items to value to expectant or birth parents. Gifts or promises of gifts may be construed as pressure which could undermine the voluntariness of their consent to adoption, therefore jeopardizing the safety of the adoption plan. This is true throughout the adoption process, including before, during, or after placement, and before or after finalization. A FCA SW will reiterate this to you as well as to the EPs/BPs. <br>• Remember that FCA cannot guarantee that a placement will move forward as planned, since this decision is solely up to the BPs. We will support you through every phase but can never guarantee a specific outcome. |

I/We have had an opportunity to read, review, and ask any questions about the information contained in this document. **My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.**

4

**23**

BURKE0000050

Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org
8 Bridge Street, 2nd Floor
Northampton, MA 01060



# Orientation Confirmation for Foster Families, PAPs, & Personnel

Please review this list and confirm that these topics have been reviewed with you and you have had your questions answered on these topics, either through reading agency policy, at the initial orientation meeting or in further conversation with staff:

## I.  Overview

- The purpose, nature and types of adoption: We provide all services for domestic infant adoption, and home studies/post placement supervision for international incoming adoption. For foster families, the purpose, nature and types of foster care (infant, older child, special needs).
- The role of the placement agency, the children served by the agency and the services provided by the placement agency
- PAP Qualifications: eligibility for adoption and foster care services and for the home study
- Adoptive parent expectations and responsibilities
- The requirement of honesty and full disclosure with FCA in all matters.

## II.  Home Study Information

- Assessment procedures
- The process by which adoptive and/or foster parents who have an assessment from another licensed or approved agency may request agency services including the process of a limited study or a home study review.
- The Physical Requirements for foster and adoptive homes, also known as Home Certification in Maine. A full checklist is provided in the AP Handbook.
- Statement identifying all qualifications required of foster parents or adoptive parents, and evaluation, approval, and orientation procedures

1

1.02

- The fact that the adoptive and foster family shall receive, upon request, a copy of their homestudy. Results of the homestudy are shared with the family within one month of the last visit.

- The Agency's philosophy and policy regarding discipline of children.

- Information about separation and loss and the circumstances under which children require placement; for foster families, information about separation and loss feelings for child for whom they've taken care;

## III.   About the Children Who are Available for Adoption

- The characteristics, needs and number of children available for foster care and adoption placement. Full Circle places infants and children of all ages and heritages. Full Circle also assists in helping birth and adoptive families, who come to the agency with a designation (or "match") in place, with the placement of an infant or older child.

- The needs of the children in the Commonwealth for family foster care and adoption

- The role of the placement agency, a description of the children served by the agency and the services provided by the placement agency.

- Information regarding fostering or adopting children with special needs as appropriate

## IV.   Information About Designated Adoption

- The approximate duration of time from home study approval to placement of child and the agency's assignment procedure vary from case to case. In domestic adoption this time period depends upon when the expectant mother is "due" and whether or not they ultimately follow through with the adoption plan.

- Risks Involved in Adopting a Child

- Information in the following policies:

  - Medical Liability Release Policy

  - Counseling Following Change of Heart

  - Email Communications Release

  - Statement Regarding Disclosure of Sensitive Matters

  - Recommending Families Not Bring Children During Adoption Visits (pre-finalization);

  - Regarding HIV tests prior to foster or adoptive placement; reciprocal sharing of test results

2

**25**

is recommended as reassuring to both families but not a requirement.

- Regarding Second Medical Opinions Prior to Placement

- Regarding No Child Buying

- Agreements between adoptive parents and birth parents

### V.   Post-Placement

- The legal procedures for finalizing an adoption.

- Pre-adoptive families, who are taking a full legal risk foster placement and who have been informed, previously, in writing, that that a specific pre-adoptive placement may or may not take place following the foster care placement, will consider finalization procedures at the appropriate time.

- The legal rights and responsibilities of foster and prospective adoptive parents.

- The process children may use to locate birthparents and that birthparents may use to locate children.

### VII.   Program Information

- Service Agreement

- Program Acknowledgement

- Case Management Acknowledgement

- Fee Schedule and Statement of Financial Responsibilities

- Grievance and Appeal Procedures

- A current list of the Board of Directors and Advisory Board including names and addresses

- The address and telephone number of the regional Department of Early Education and Care; Kathy Perry (Licensing Specialist), Department of Early Education and Care, 21 Spring Street, Suite 2, Taunton, MA 02780, (508) 828-5025 (102 CMR 5.10(1) (h)):

- A copy of the Adoption Program Budget is available to interested people.

### VIII.   Post Finalization Services

- Policy and Fee Schedule for post-finalization consultations (included in usual fee schedule).

3

1.02

BURKE0000053

1.03

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Scope & Limitations of Confidentiality

Your communications with Full Circle Adoptions and Family Building Center, Inc. (both written and oral) are treated with the utmost care and caution. Our work together is promoted by the trust you place in professionals. Please know we will safeguard both written records and other communications with the utmost professionalism.

There are limitations in the scope of confidentiality which, by law and good practice should be discussed with you at the outset of our work together.

The following general principles are paraphrased from several statutes and additional information relevant to the adoption process is also included.

We will share information provided to us by you in the following instances:

- Where you have supplied us with an express written consent form requesting the same;

- If there is need to share information to protect your or another person's safety (e.g. if you were about to harm your self or another person);

- The law permits a limited degree of information to be shared in order to collect a bill for professional services;

- Where necessary to initiate proceeding C. 119 Sec. 23C or C. 210, Sec. 3;

- Where there is reasonable cause to believe a child is suffering sexual, physical, emotional or other reportable abuse or neglect.

- Where needed to provide information relevant to an elder abuse case;

- Where needed in an investigation pursuant to M.G.L.C. 19C, Section 4, Subsections b and c.

- If both adult patients sign in the context of marital therapy;

- The law permits sharing of a limited degree of information necessary in the process of seeking insurance reimbursement.

1

BURKE0000054

2

1.03

- Beyond the above, the patient or client has the "privilege" of refusing to have a clinician testify in court as to information disclosed in the work together except in the following situations:

- Where there is a court-ordered psychiatric evaluation during which the patient has been told his/her emotional condition is part of his/her claim or defense (and the judge determines this to be more important than confidentiality of the therapy):

- In cases where the patient has first been informed that communications with the therapist would not be privileged and which involve child custody, adoption or dispensing with the need for consent to adoption, where what has been said to the therapist bears significantly on the patient's ability to provide suitable care or custody. Also the judge must determine that disclosure is more important to the needs of the child than that confidentiality be protected.

- Where a patient (or client) sues therapist (agency social worker) and the therapist (agency social worker) must disclose material to support a claim or defense or to respond to any litigation, administrative review, complaint or other matter published/uttered to outside individuals by the client;

- Where disclosure is necessary to support an insurance claim or utilization review.

- The Department of Early Education and Care, which licenses all Massachusetts adoption/foster care agencies, the Department of Health and Human Services, and the Council on Accreditation which accredits the agency, have the authority to review all records, in their jurisdiction, in carrying out their responsibility to review agency activities and services.

I acknowledge the receipt of the following statement regarding the scope and limitations of confidentiality. This summary shall not be construed as legal advice nor as a substitute for my own review of any relevant laws. I have read and understood the above.

I/We have had an opportunity to read, review, and ask any questions about the above Orientation Confirmation. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this document and my/our agreement with it.

BURKE0000055

1.04



# Email Communications Release Policy

Email is a very swift and convenient way to communicate with our clients and colleagues about adoption matters. It is also a very efficient way to apprise you of potential situations with expectant parents or to keep you posted on progress in a designation. Particularly where there are differences in time zones, it can be useful to have a way to communicate after hours. The regular mail and overnight mail take a day or more, whereas email is instantaneous. For all these reasons, and more, we enjoy the conveniences of email.

However, email has its drawbacks. With the twitch of the hand, one can accidentally send a confidential or sensitive matter to a stranger. This, thankfully, has not happened at Full Circle but we acknowledge how easily and innocently a mistake like this can be made. Also, our best understanding is that even when one erases an email from one's list of received and sent mail, the text remains on the server. It is a reminder that while it may be written in privacy, email is not private in the full sense.

We balance these competing interests in favor of requesting that clients who, like us, would like the convenience and efficiency of email, sign a release whereby you will hold us harmless in the event of an unintended breach of confidentiality as a result of email. Please be assured that we feel that email communications should be handled carefully and correctly and are not to be shared with the world. Every effort is made to make sure that mistakes are not made. Thank you for your anticipated cooperation.

I/We hereby acknowledge both the risks and benefits of email communication and agree to hold Full Circle Adoptions harmless in the event of an unintended breach of confidentiality in the process of email communications. We and Full Circle will both make every effort to employ email in a safe and accurate manner so that mistakes are not made. We agree that Full Circle shall not be held liable for any direct or indirect consequences of an unintended email difficulty or breach of confidentiality.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1

1.05



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

## Written Qualifications of Prospective Adoptive Parents

Full Circle Adoptions and Family Building Center, Inc. bases its qualifications for prospective adoptive parents on the clinical assessment of factors enumerated in the regulations of the Massachusetts Department of Early Education and Care, the regulations of the Department of Children and Families (DCF), Maine DHS Regulations 10.148 Ch. 19 with addendum, the Standards for Adoption Service of the Child Welfare League of America as well as the criteria listed below.

Applicants for international adoption must additionally satisfy the criteria and requirements of the country from which they seek to adopt and the placement program through which they seek placement of a child. The term, "PAPs" refers to "Prospective Adoptive Parents." All regulations apply to all applicants and, in addition, there are a few Maine regulations which apply solely to Maine residents and are marked as such. All PAPs working with Full Circle, whether adopting domestically or internationally, are required to satisfy the following pre-requisites and qualifications:

A) **In General:** The Agency determines whether or not all applicants for adoption are qualified to be PAPs for applicable adoption programs. If PAPs have any questions about suitability for adoption or about qualifying for adoption, applicants should raise these concerns as early as possible in communications with the agency, including at the orientation stage.

B) **Relationships:** If partnered, married or otherwise deemed to be in an intimate relationship, PAPs may be qualified for adoption services through FCA only if the partners live together, full-time, in the same residence and have a relationship of sufficient emotional stability and duration to be deemed by the Agency to be strong and stable enough to meet the needs and best interests of a child. "Full time" does include partners/spouses who may travel in their work. Agency will consider applicant(s) on a case by case basis where varied living arrangements are otherwise mandated by work constraints. At all times, the focus is the best interests of the child.

Regardless of marital status, where applicants are a couple (emotionally and/or legally), the agency does not anticipate finding it to be in the best interest of the child, or deeming a family qualified to adopt, where one partner wants to adopt and the other partner (i.e. typically an older partner who has had children in a previous marriage, though it could be a different pattern) is not particularly interested in adoption and/or in being active in caring for the child.

If an applicant or household member is in the process of a legal action (i.e. divorce or other legal action or is in the process of a relationship transition or parting that does not involve a court of law), the applicants will be asked to postpone any request for adoption services until after all clinical/emotional and legal aspects of those legal actions or non-litigious partings are complete and

1

**30**

BURKE0000057

1.05

sufficiently resolved. The focus of this requirement is to assure a stable and stress-free environment and foundation for a child. The agency will, in all decisions, exercise clinical judgment to make such determinations.

For Maine: The applicant must have established a stable lifestyle with adequate support systems for a minimum of two years.

C) **Legal, Clinical, Medical, Educational and Reference Releases & Documents:** Applicants provide, to FCA, signed releases of information for the agency to receive requested additional documentation and to speak with any individual whom the home study social worker reasonably believes may have additional information relevant to the determination of suitability of the applicants for adoption. This may include, but is not limited to, the children of the applicants who are and who are not living in the home (minor and adult), individuals who have been in a dependent role or who have been the subject of caretaking by the applicants (i.e. relatives such as nieces/nephews; foster children and elders).

Applicants shall provide certified copies of any legal paperwork (including, but not limited to: i) any child-related paperwork (i.e. custody, visitation, guardianship, *guardian ad litem* report etc.) &/or ii) divorce related paperwork, (including, but not limited to motions, orders, and testimony and/or transcripts) if the agency believes they may be relevant and/or applicable to a determination of suitability for adoptive parenthood and/or relevant to understanding the experience of the applicant's existing children (i.e. visitation, custody, or well-being of their child(ren) as it may relate to a future adoption plan.)

The agency reserves the right to request a release of information to speak with any individual including professionals, prior spouses, partners, co-parents (or persons in a similar role), or others in the community where, in the view of the agency, they may provide information relevant to the determination of suitability of the applicants for adoptive parenthood.

D) **Non-Discrimination:** The Agency expressly shall not discriminate in providing services to children and their birth and adoptive families, or to PAPs on the basis of age, sex, gender, race, religion, ethnic background, cultural heritage, national origin, marital status, or sexual orientation.

For Maine: Prospective adoptive parent applicants must be at least 21 years old.

E) **Religion:** Prospective adoptive parents of any and all religious backgrounds, including no religious background or practice, are welcome to apply for adoption services. Expectant parents living in MA have a statutory right to specify the religious upbringing they wish for any child whom they place for adoption.

F) **Residence and In-Person Meeting with Agency:** Applicants are required to be residents of Massachusetts or Maine in order to request home study services. Other adoption related services (i.e. matching/placement) are available to clients depending on the law of their jurisdiction as well as Massachusetts and Maine law and regulations, as applicable.

With regard to PAPs who have previously begun and/or completed home studies within the locale, state or country of their residence, and who only seek the agency's pre-adoptive counseling, advising and networking services, PAPs may live anywhere in the continental United States and any other country, provided the applicable laws, regulations and protocols of both jurisdictions allow this working relationship. The PAPs home study must be prepared by a licensed adoption agency and

2

1.05

must comply with the requirements of their state &/or country, the biological parents', state,
Massachusetts or Maine (as applicable), Full Circle's standards and any other applicable standards
(i.e. regulations promulgated to comply with the Hague Treaty).

Orientation: All PAPs are required to have an orientation meeting prior to receiving any services of
the agency; in some instances, at the discretion of the agency, a video orientation with the agency's
director will be possible.

Limited Study or Home Study Review: Prospective adoptive parents currently living in Massachusetts,
with home studies from any other agency (whether in the US or another country) are required to have
a limited study/limited assessment (if transferring) or a Home Study Review (if not transferring to
FCA) with Full Circle in addition to the home study previously completed.

G) Income: The family shall have sufficient income to meet normal expenses incurred in the daily
care of the child (or children in the family) and to make reasonable provision for the child for the
future. In general, management of income shall be considered more important than the absolute
amount of income and resources.

H) Health Insurance: Applicants will be considered eligible for services if all immediate family and
household members, including, but not limited to other children in the family and the prospective
adoptive child, have sufficient and adequate routine health insurance to cover ongoing health needs
of the family member, including check-ups, routine testing and serious and/or catastrophic medical
conditions as well and if they provide documentation of this health insurance coverage to the agency.

From the perspective of health and stability of the family unit providing the care of a child, provision of
sufficient and adequate routine and serious/catastrophic health insurance is a requirement for all
members of the family and household.

I) Presence of Children in the Family and Minor & Adult Children Whether or Not Living Full
Time with the PAPs: Presence of a child or children already in the family (whether they joined
through adoption or by birth to a prospective adoptive parent) shall not, in itself, be a bar or limitation
to any of the agency's services. The Agency will assess families with children in light of their capacity
to absorb additional children into their lives and homes. School reports, medical reports and any other
relevant information on children living in the home or visiting (full or part-time) will be requested.

Applicants will provide signed releases enabling the home study social worker to communicate with,
speak with and review communications with individuals having information about the suitability of the
applicant for adoptive parenthood, and about the well being of children of the applicants or others
cared for by the applicants, including adult children. This includes any child/person who has lived
with, been cared for by, fostered by, been financially supported by, has been legally adopted by or
born (genetically/physically) to the applicant whether or not they have had or continue to have a legal
relationship or live together.

Evaluation and verification of educational, social, physical/athletic and medical aspects of their
children's circumstances shall be verified by independent professionals including families in which
children are home-schooled. This may involve extra cost on the part of PAPs to have evaluations by
independent professionals chosen by Full Circle if the child is in a school plan. All children and
individuals who have ever been and/or currently are in a child/dependent role (i.e. nephew living for a
time with PAPs; foster children), including adult children no longer living in the home, will be
interviewed as part of a home study.

3

1.05

Maine: If there are children in the family, they must be involved in the study.

**J) Working Parents:** Prospective adoptive families where both parents work full-time shall not be excluded from consideration as adoptive applicants. It is desirable to have one or more parents available during an initial post-placement bonding period (i.e. parental leave of 3 months) but this is not a program requirement.

Parents are also actively encouraged to consider ways to structure or re-structure their lives to account for developing an on-going relationship with the child. This shall not be construed as discouraging full-time working parents from pursuing parenthood through adoption, but should be read as a value statement concerning parents, in general (adoptive or otherwise), recognizing a need to build parent-child relationship time into increasingly busy family and personal schedules.

**K) References:** Applicants shall be the primary source of information. However, the applicants shall be requested to provide references from persons who have had the opportunity to observe the applicants and state observations and opinions of their capacity and suitability for parenthood, in general, and adoptive parenthood specifically. For prospective adoptive parents, there should be 2 references written by non-family members and one written by a family member.

Applicants can offer additional letters to the three listed above.

All references should provide contact information, including phone and email, and identify some general times that can be good for the social worker to reach them for a follow up conversation, as needed.

**L) Background Checks:** All applicants (and other relevant adults and household members, see below) are required to complete applicable state (i.e. Massachusetts or Maine) criminal records checks (CORI), child abuse/neglect records checks (CAN), sex offender registry inquiries (SORI) and FBI fingerprint clearances; the latter is pursuant to the Adam Walsh Act (Federal Law).

Applicants (and other relevant adults and household members) are expected to complete such records checks for any jurisdiction (city, state, country) where they have ever lived, resided, attended school and/or where they'd been charged with a crime (i.e. even if not a resident of that state/jurisdiction and regardless of disposition of the charge).

Other relevant adults or household members include, but are not limited to, any other adults living in the home, full or part-time and/or persons who are expected to have a primary relationship caring for the child (i.e. au pair, grandparent who doesn't live with family but who will have active caretaking role) and individuals of the statutory age for such checks (i.e. 15).

The agency reviews all applications on a case-by-case basis, but does not anticipate approving applicants where they or any household member or a person, regularly on the premises, has had any allegations or charges involving domestic violence, child abuse and/or neglect or alleged crimes involving interpersonal violence or interpersonal threat (i.e. breaking/entering a dwelling) even if the disposition or result of administrative or legal proceedings did not result in conclusive findings, confirmation of the allegations/charges or convictions.

Even if there have not been actual legal charges, the agency does not anticipate approving the home studies of applicants who have members of their extended/immediate family or interpersonal circle

4

1.05

who were or are physically and/or sexually abusive or who have other difficulties that would increase risks for a child (i.e. including but not limited to drug or alcohol abuse/problems) and who would have access to the child anticipated to be placed with the family for adoption.

The agency does not anticipate approving applicants where they or any household member or person, who would have access to the child, has had a substantial drug/alcohol history. The agency may, in its discretion, consider an applicant provided the person(s) to be assessed/evaluated would agree to an independent evaluation by an alcohol/drug specialist of the agency's choosing, and prospective adoptive parents' sole expense, to evaluate the individual for underlying diagnostic conditions (i.e. depression), degree of awareness/denial, abstinence/active using, sobriety/vulnerability to relapse, and degree of likelihood of a recurrence, relapse or other behaviors that might pose risks for an adopted child.

Applicants are encouraged to raise, immediately, any questions about eligibility for services for reasons related to background checks and behavior described in this section and to discuss with the agency whether or not the agency would recommend additional evaluations as a part of requesting adoption services (i.e. evaluation of applicant who had a past DUI for current alcohol use/abuse/sobriety and recovery status).

In the course of a home study, the agency reserves the right to request an independent evaluation of not only the applicants but any individual living in the home (part or full time) including but not limited to an adult child, grandparent or housemate if such person would have any potential for contact with the child to be placed for adoption.

The agency completes a number of different types of background checks. The agency deems applicants qualified or not qualified after a careful clinical and legal review of any allegations and/or charges as well as any other submitted documentation or reports. Please see agency policies regarding "assessing appropriate behavior" and other related policies in the agency's handbook; these policies are incorporated by reference here. The agency uses its own clinical judgment in determining whether or not the background is consistent with being able to meet the needs and best interests of a child. The agency also incorporates by reference the standards recommended by the Department of Children and Families (MA) and Department of Health and Human Services (ME) in its review of criminal allegations and/or charges.

Applicants pursuing inter-state adoption may additionally be required by the laws of the state in which the expectant parent(s) reside, to have criminal records checks performed, which is consistent with the laws of that state.

M) Infertility Treatment: Although the agency generally discourages undertaking the adoption process in the midst of stressful events, the agency is open to working with families who are still undergoing infertility treatment or otherwise trying to conceive. The agency considers that decision to be a very personal decision and the agency staff understands that applicants sometimes find it reassuring to have a completed home study, for example, before a last IVF cycle is completed so that, if medical intervention does not succeed, the family isn't starting from the very beginning in their efforts to build a family.

The agency sees its role as being one of educating families about the stress and complexity of undertaking both processes (adoption and infertility treatment) at the same time. The agency's work includes educating PAPs about the virtues of seeking resolution for the grief and related emotions frequently associated with infertility in advance of the adoption process, which can also be stressful.

5

**34**

BURKE0000061

1.05

This is reviewed on a case-by-case basis, in an effort to share our best wisdom about what will optimally promote applicants' well-being as well as help PAPs fulfill their ultimate goal. Please raise any questions about this subject as early as possible in your communications with the agency.

**N) Honesty & Transparency:** The process of working with PAPs to undertake the placement of a child in their home is so personal and is so fundamentally dependent upon trust between the client and adoption professionals, that honesty is considered highly important criteria for Full Circle determining suitability of PAPs for adoption. Applicants will not be approved at the outset, and any approval obtained may be subsequently subject to an update indicating the family is no longer prospectively approved, should applicants misrepresent, lie, distort, mischaracterize, fail to update previous representations where circumstances have changed, statements and documentation and/or if they otherwise fail to be completely honest with the agency and all adoption professionals with whom they work in this process, in all types of communications.

The agency has a Sensitive Matters Policy by which any "sensitive" information (i.e. physical and/or mental health, personal history, etc.) must be disclosed to expectant parents, through the adoption professionals or with their assistance, prior to a match confirmation if it is information which could, in any way, matter to any biological parent. This information must be disclosed whether or not the information was originally included in the home study or dear birthmother letter. PAPs must meet the qualifications and requirements of professionals and licensed entities and be accepted by the biological parents with full knowledge of any sensitive matters by the biological parents of the child.

**O) Civility and Courtesy:** Applicants are required to be respectful and courteous with agency staff, other adoption professionals, the expectant parents/birthparents and others involved in the adoption process.

**P) International Adoption:** Full Circle Adoptions is able to provide home studies and post placement supervision for international adoptions for most countries, although we are no longer a Hague-accredited provider agency. Prospective Adoptive Parents (PAPs) must meet the qualifications for adoption from the US, established by their country, the standards of the state of Massachusetts, of the US Federal government standards and the standards state of the biological parents.

FCA's qualifications for prospective adoptive parents (PAPs) are the same regardless of whether the applicant lives in the US or abroad. However, the PAPs' country might impose different limits.

**Q) Adoption Education:** The agency requires that PAPs pursuing domestic adoption document at least 10 hours per adopter of adoption related education through on-line education and in-person training, including attendance at adoption classes, workshops, and conferences, reading adoption related books and publications and participating in on-line adoption courses. Applicants will provide the agency with copies of certificates or other documentation of the ten hours of education. Education should be clinical in nature (i.e. how to talk with children about adoption). All families are encouraged to engage in more than 10 hours each of adoption related education but, in the least, to document this amount.

**R) Health Status, Family/Child Immunizations and Commitment to Provide Medical Care Consistent with AAP:** An applicant may be approved for adoption if they do not have any health condition or status that would prevent or impair caring for a child that is not sufficiently addressed by accommodations. If an applicant is in the process of substantial medical treatment which carries some risks that could mean the applicant could be less available for the adoption process, itself, or less available to care for an adopted child (i.e. bone marrow transplant process), and which is not

6

1.05

routine medical treatment for a chronic condition (i.e. insulin for diabetes), they will be required to postpone any request for adoption services until after medical treatment is complete and sufficiently resolved. Approved applicants must be sufficiently able to engage in an intensive and stressful adoption process and be able to sufficiently provide for the best interests and needs of a child. The agency will, in all decisions, exercise its clinical judgment to make such determinations.

For Maine: Prospective adoptive parents shall have good mental and emotional health. Physical health shall be sufficiently good that the adoptive parents can meet the needs of the child to be placed. For couples wishing to adopt whose good health may not continue throughout the minority of the child or whose life expectancy may be shorter than the minority years of the child, there shall be established a plan for guardianship of the child in the event that incapacity or death precedes the child's reaching majority age.

Ongoing Medical Care and Immunization: PAPs living in Maine and Massachusetts, and any other locale, should submit a signed statement whereby they confirm that they will provide medical care to all children in their care consistent with the American Academy of Pediatrics. Applicants must provide medical records confirming that they have been immunized consistent with applicable recommendations by The Center for Disease Control and the Massachusetts Department of Public Health. Applicants must sign a statement confirming a commitment to immunize all children in their care, including the child(ren) to be adopted, consistent with the standards of the American Academy of Pediatrics. Applicants must further sign a statement confirming a commitment to provide medical preventative care and medical treatment to all children in their care, including the child(ren) to be adopted, consistent with the standards of the American Academy of Pediatrics and to maintain adult immunizations consistent with the CDC.

S) Child Will Solely Sleep in Child's Bed: A family can be approved for adoption where each child in the family and the prospective adoptive child have their own bed in which they sleep alone. The agency requires that any child over one year of age shall not share a bedroom with an adult.

T) Applicants' Home Studies Must Be Prepared Solely by Agencies: Full Circle will only accept, as clients, prospective adoptive parents who have an active approved home study (or limited study or Home Study Review) through Full Circle or another licensed child placing agency. Home studies prepared by freestanding home-study workers not under the supervision and auspices of an agency will not be considered.

I/we have read and understood these Qualifications. I/We have taken the time to raise any questions I/we have about our eligibility with regard to the stated criteria above or any other criteria that could remotely affect our eligibility, approval or adoption process.

I/We have had an opportunity to read, review, and ask any questions about the above Statement of Qualifications.

My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

7

BURKE0000063

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Grievance and Appeal Policy & Procedure

### Process to File Grievance & Appeal:

<u>In Writing</u>: If an expectant parent, birthparent, prospective adoptive parent, adoptive parent or adoptee (hereinafter "client") would like to present a grievance or appeal to the agency, there are guidelines for the client and agency: Any complaint should be written, signed legibly (signature and printed name) and dated. It should carry a heading, "Grievance" or "Complaint," and may refer to any of the services or activities of the agency, and, in the case of international adoption, may include the work of adoption professionals the agency supervises.

<u>Subject matter</u>: The complaint shall explain the concerns the client has.

<u>Language</u>: At all times, the agency's response(s) will be written in the language spoken by the complainant which will be presumed to be English if the complainant speaks more than one language and English is one of the languages spoken.

<u>Timing</u>: All steps shall take place in thirty working days unless expedited review is called for, in the agency's judgment, due to a time-sensitive nature of the complaint or an allegation of fraud in which case reasonable efforts will be made to respond sooner.

<u>Steps</u> to follow below

### Grievance & Appeal Procedure Steps

**Step #1: <u>Written Complaint and In-Person Conversation with Worker</u>**: Upon the presentation of a written complaint to his or her Full Circle adoption worker, both the client and the adoption worker will make themselves available in Massachusetts for an in-person conversation to discuss the matter within a reasonable time period; reasonable efforts will be made to accommodate the schedules of both the client and the worker. A written reply by the worker will be sent to the client within thirty days of the in person conversation.

**Step #2: <u>Written Complaint to Agency Director:</u>** If the client is still dissatisfied following an in-person conversation with the worker, a copy of the written complaint shall be sent by the client to the agency director. Both the client and the agency director will make themselves available for an in-person conversation to discuss the matter within a reasonable time period; reasonable efforts will be made to accommodate the schedules of both the client and the agency director. Either the agency or

1

1.06

the client can request that the meeting with the adoption worker and agency director be one in the same meeting. A written reply by the director will be sent to the client within thirty thirty days of the director.

person meeting that includes the director.

**Step #3: Written Complaint to Agency Regarding Director:** In cases where the client's concerns are about the agency's director, review of any concern or complaint will be by an Agency Consultant (outside of agency's in-house staff) of the agency's choosing. The written complaint or appeal shall be sent to the agency, noting that it should be forwarded to the Agency Consultant:

Agency Consultant
Full Circle Adoptions
8 Bridge Street
Northampton, MA 01060

The Agency Consultant may request an in-person meeting with the client or may respond solely in writing. A written response will be sent by the Agency Consultant to the client within 30 days of either the written complaint or following an in-person meeting with the client and Agency Consultant whichever is later.

**Step #4: Written Complaint to Board of Directors:** In cases where the client is not satisfied with the Director's response or decision, or that of the Agency Consultant, a copy of a written appeal of any concern or complaint (with clarity described in (a)) will be sent by the client to the Quality Improvement Officer of the Board of Directors:

Board of Directors
Full Circle Adoptions
8 Bridge Street
Northampton, MA 01060

The Board of Directors may request an in-person meeting with the client or may respond solely in writing; in any event a written response will be sent by the Board of Directors within 30 days of either the written complaint or following an in-person meeting with the client and Board, whichever is later.

The Agency Welcomes Feedback

Full Circle Adoptions (hereinafter "agency") welcomes feedback, criticism and suggestions for improvement of any of our services. Please review the Birthparent, Adoptive Parent and Foster Parent and Adoptive Person Feedback Questionnaire forms included in your agency materials. Please feel free to complete one or more than one of these forms at your convenience.

Quality Improvement

In addition to providing informal review and a formal complaint procedure, the agency is genuinely interested in client ideas offered with the goal of improving services. The agency will maintain a written record of any suggestions, concerns or complaints, together with the steps taken to respond to and resolve any complaints. The agency makes this record available to the state licensing body of Massachusetts and/or Maine.

Informal Sharing of Suggestions and Concerns

Any expectant parent, birthparent, prospective adoptive parent, adoptive parent or adoptee may share directly with the agency any suggestions or concerns informally. We are happy to have the direct social worker, supervisor, director or Board member meet with you to discuss any suggestions

2

1.06

or concerns.

Fair Dealing and Courteous Communications
The agency will not take any action to discourage a client or prospective client from, or retaliate against a client or prospective client solely for: making a complaint; expressing a grievance; providing information in writing or interviews to an accrediting entity on the agency's or person's performance; or questioning the conduct of or expressing an opinion about the performance of an agency.

Filing a grievance or complaint will not stop agency decisions made for appropriate reasons within the agency's judgment. Where there is a legitimate basis for the agency's action or decision, it will not be deemed retaliatory or discouraging simply because it occurs close in timing to or after the submission of a complaint.

**For Massachusetts Clients:**

Department of Early Education and Care
The client may, at any time, file a complaint against the agency with the Department Of Early Education And Care. Complaints may be filed with the Department Of Early Education And Care's Southeast and Cape Regional Office at the following address:

Department of Early Education and Care
1 Washington Street, Suite 20
Taunton, MA 02780
Phone: (508) 828-5025

**For Maine Clients:**

Department of Health and Human Services
The client may, at any time, file a complaint against the agency with the Department of Health and Human Services. Complaints may be filed with the Department of Health and Human Services' at the following address:

Division of Licensing and Regulatory Services
Department of Health and Human Services
State House #11, 41 Anthony Ave
Augusta, ME 04333
Phone: (207) 287-9300

It is the policy of Full Circle Adoptions to implement the agency's Grievance and Appeal Procedure upon receiving a complaint, pursuant to the steps detailed in the procedure.

I/We have had an opportunity to read, review, and ask any questions about the above Statement of Qualifications.

My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

3



Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Home Safety & Social Work Visits Policy

The main function of the home study is to help you feel prepared for the adoption process and adoptive parenting. However, reviewing home safety is a component of the home study process. It's not usually a pass/fail test — if safety in one area needs to be improved, we will make note of it and review it again at a later date. We will work with you to brainstorm options to address particular safety issues. We also provide you with a copy of the regulatory list of matters to be checked in a home visit (i.e. smoke detectors, hot/cold running water). There are some additional issues to be considered too:

**Lead Paint:** We want you to be educated regarding the dangers of lead paint for young children so that you can take action to keep your prospective adoptive child healthy.

**Asbestos:** Similarly, we want you to be educated regarding the dangers of asbestos for young children so that you can take action to keep your prospective adoptive child healthy.

**Well Water:** If you have well water, rather than "city" water, thank you for providing a test indicating that the water is safe for drinking (test must have been conducted within the past year).

**Pets:** We do require that all of our adoptive families request a form from their pet's veterinarian addressing the health and safety of your pet with regard to vaccinations, health issues, and possible aggressive behavior toward people. Sometimes an otherwise good natured pet evidences some jealousy when a new baby arrives. The pet's reaction may be like that of a sibling who suddenly feels replaced. We encourage all our clients who are pet owners to talk with their veterinarian, local animal behaviorist or other animal professional to identify ways to introduce the new member of the family when s/he arrives. We hope that the professionals with whom you talk may offer helpful techniques (e.g. letting the dog smell the baby's clothes for some period of time before seeing the actual baby etc.). These techniques may help you and your child experience a smooth and safe transition.

If you have any pets, please have them in a protected setting during home study meetings so that there is no chance of an injury to a social worker. It may be the case that your social worker may have an allergy to animals and contact may increase allergy symptoms.

**Weapons:** Please identify where all weapons owned or used by the adoptive parent are stored. For your and your child's safety, they should be safeguarded in a certified gun/weapon cabinet with a lock designed for such a cabinet, with ammunition stored/locked in a separate location from the weapon. All weapons should be secured at the time of any social work visits.

1.07

**Other Health & Safety Concerns:** Thank you for bringing to the agency's immediate attention any health or safety concerns at any point in the adoption process.

BURKE0000068



**Phone:** 413-587-0007
**Fax:** 413-584-1624

**Adoption brings love full circle.**

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Policy on Assessing Appropriate Conduct in
# Civil and/or Criminal Matters

## A. Criminal or Other Legal Matters

At times, prior to or during the adoption process, prospective adoptive parents are charged with violations of the law or are subject to restraining orders, injunctions or similar court orders.

If any arrests, indictments, charges, court orders or similar administrative or legal actions are brought prior to or after submitting an application to Full Circle or during the adoptive process, the applicants must fully disclose, as soon as it occurs, all contents of the same regardless of the severity of the allegation, regardless of location (e.g. whether it occurred in a foreign country, other state, this state or any other jurisdiction or location whatsoever), regardless of disposition (e.g. even if it was dismissed, closed, sealed or expunged or any other similar disposition) and regardless of whether the charges, court orders, or any similar matters were brought when the applicant was a minor or of age of majority.

The agency will request, as a minimum:

- a certified copy of any police report
- a certified copy of the court's disposition
- a transcript of any court hearing
- a release to complete a full criminal records check in that jurisdiction
- a personal statement by you stating what happened from your perspective, why it would not occur again and your views on the importance of obeying the law.

All certified court, police or other similar records should be sent directly by and from the official offices to this agency's office. If there are criminal records, court orders or other similar matters, in another state, country or jurisdiction, the applicants shall identify, obtain and complete any and all releases necessary for that jurisdiction to provide full information regarding any charges or allegations.

1.08

**42**
BURKE0000069

1.08

Any criminal charges, court orders or other similar matters shall be reviewed using agency clinical judgment and discretion. In most cases, in the complete discretion of the agency, the categories described and applied by the Massachusetts Department of Children and Families (MA) and/or the Maine Department of Health and Human Services, as applicable, shall be applied to the family's charges. However, the agency reserves the right, in its sole discretion, to review the matters in light of any clinical and legal parameters as appropriate to the case. The agency's resolution of all such matters shall be the final conclusion of the matters and the clients waive any recourse through the courts or administrative hearings (other than Department of Early Education and care, see Grievance and Appeal Procedure) or any other body outside of the agency.

## B. Civil Matters

Beyond criminal charges, the agency is entrusted with the responsibility to determine, in an on-going basis, whether the applicant has engaged, "in any conduct, criminal or otherwise, that is determined by the licensee to impair the individual's ability to care for children." Thus, beyond criminal charges, applicants are expected to inform the agency of any and all civil, domestic relations, regulatory litigation, union, employment or other conflicts in which they are involved as a party, witness or any other role.

If there has been any behavior, statements, or preparation of written matter which could call into account any degree of honesty, ethics, judgements around character or conduct, or conduct with a child, these must be fully disclosed orally and in writing to the agency.

## C. Child Abuse/Neglect Reports, Restraining Orders, Injunctions, Litigation, & Similar Matters

Clients have a continuing responsibility to inform the agency, orally and in writing, of any past or current allegations of child abuse or neglect, or domestic violence, interpersonal violation or violence, regardless of the course of the allegations, or the outcome.

If there was any report ever made, even if not "screened in", the family will inform FCA of the report orally and in writing, providing all information available, including but not limited to:
- a written copy of any documents
- signed releases to obtain any and all information relative to the claims or charges
- certified copies of any transcripts of any hearings related to the charges and
- certified copies of any regulatory or judicial dispositions of the matter
- a personal statement by you addressing these charges

## D. Bankruptcy

Clients have sometimes had difficult financial circumstances. The agency is charged with the responsibility to determine whether you have sufficient resources and skills in the management of your finances to support a child. We consider a family's ability to afford the usual costs of the adoptive process to be a part of this review.

Where the family has had significant financial difficulties, the family should provide certified copies of any and all official documents (e.g. bankruptcy related documents, court or administrative hearing documents) and a letter to the agency indicating why they had financial difficulties, what the financial difficulties were, whether or not the circumstances that gave rise to those difficulties are likely to recur and, if not, why not.

2

BURKE0000070

### E. History of Substance Abuse

If you have a history of any kind of problematic substance use, (alcohol, drugs, prescription medications, or any substance) to a mild, moderate, or severe degree, please share this information with the agency. We will carefully review the pattern of substance use, your awareness of the issues, your treatment and/or recovery history and will talk with you about whether or not the stress of the adoptive process would pose a significant risk of relapse if you are in recovery.

The agency reserves the right to request that the applicant meet with a specialist of the agency's choosing, at the sole cost of the applicant, to review carefully the substance abuse history and current status of this health matter and the recovery process. We are trying to help confirm that any adoption would proceed on a secure foundation.

### STATEMENT OF THE PROSPECTIVE ADOPTIVE PARENT(S)

In acknowledging this policy on the Policy Checklist page, I/we understand that we have a continuing duty to provide any information that changes, augments, qualifies or otherwise has bearing on any matter represented in of which should be represented in our home study, through the placement period, and up to and including the time of finalization.

All applicants are honor bound to submit any information even if they don't think the information will "show up" on official records.

I/we hereby understand and express our willingness to abide by the above policy. We further understand that a breach of this policy, which shall be determined in the sole discretion of the agency, shall warrant cessation of services to the family by this agency, intervention in any pending or completed placement and such other disposition as is deemed appropriate in the sole discretion of the agency. Disclosure of any matter related to the above to any adoption professional, court or administrative body shall not be deemed a breach of confidentiality by the agency.

I/we have had an opportunity to read, review, and ask any questions about the above Policy on Assessing Appropriate Conduct. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this document and my/our agreement with it.

3

44

BURKE0000071

1.09



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Home Study Accuracy Policy

If Full Circle Adoptions has been provided with a copy of your home study, regardless of what agency or adoption professional provided it, the following applies to your home study or home study update:

I/We verify that, at this time, there are either no changes in the facts and information represented in our statements to the agency or in our documentation (including but not limited to our application, supporting paperwork and/or statements made in the course of the home study) or that the following changes should be noted.

Please sign and provide details in the appropriate place below:

_____ There are no changes to the facts and information contained in the home study:

_____ There are the following changes, additions or amplifications to the facts and information contained in the home study.

Please feel free to attach additional paper. Please email or fax this form and any additional sheets, followed by mailing a hard copy to the agency. Thank you!

I/We represent, under the pains and penalties of perjury, that the above representations are true.

I/We understand that we should retain copies of this form for our file and that we need to complete this form any time there is a change or updated information from the time we applied to the agency through finalization.

1

**45**

BURKE0000072



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Statement Regarding Keeping Home Studies Current

### For Clients With Home Studies Through Other Agencies:

I/we hereby certify that I/we have a home study which is current within 12-18 months prior to applying for adoption services through Full Circle Adoptions and that we will take responsibility for making sure our home study is current, within 12-18 months, and therefore updated, as needed, long before a potential adoption situation is offered.

I/we have had an opportunity to read, review, and ask any questions about the above Statement.

My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this Statement and my/our agreement with it.

46
BURKE0000073

1.11



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Home Study Copies Policy

At the completion of the home study process, Full Circle prepares a document which is called the home study. If prospective adoptive parents (PAPs) have transferred from another agency, it is referred to as a Limited Study. If PAPs are working with a different home study agency in the same or different state/country (for home study and post placement supervision) and FCA (for matching/placement), it is referred to as a Home Study Review. For this policy, all are referred to, simply as "home study." The home study contains a review of information relevant to the family that agencies are required to consider when evaluating whether a family is suitable for foster care or adoption.

Full Circle provides the prospective adoptive family with a copy of the home study with a "draft" watermark for review. If there are inaccuracies or matters which the family wishes would be worded differently, the family shall submit these in writing (hard copy or email is fine); usually it pertains to a minor editing matter. The home study is a document prepared by the agency and, thus, the agency is not bound to make any changes proposed by the applicants. But, the agency will consider matters raised by the applicants.

After the agency has received the response of the PAPs, the agency will prepare a final version. There will be four original signature pages in the file and a copy of the home study with a "copy" watermark will be provided to the adoptive family. An inter-agency or inter-office agreement must be in place between Full Circle Adoptions and any other adoption agency, or out-of-state attorney, prior to an official copy of the home study being released to the other adoption professionals. The PAPs must also sign a release of information as to the other adoption professionals, as well.

The agency provides a watermark copy to clients and provides an official copy to any adoption professionals who are helping the applicants in the context of an on-going case. This latter step affords the agency the opportunity to verify that the identified adoption professionals will use the home study only for lawful, appropriate adoptions. If the home study is needed on short notice, the applicants are expected to have sufficient funds in their escrow account to cover the cost of FedEx or express mailing their home study to these identified professionals.

The agency reserves the right to request the adoptive family complete the Home study Accuracy Policy, supplement the agency's written/document record and meet with the agency to review any changes since the completion of the home study, before releasing an official copy of the home study for a given active adoption situation. This is to assure the accuracy and/ or completeness of the representations upon which other adoption professionals and legal authorities (ICPC & Courts) may be asked to rely. This applies to all clients and includes families who may have stopped working with Full Circle between the time the home study was completed and the time when an official copy has been requested for a given active situation.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1

**47**

BURKE0000074



**Adoption brings love full circle.**

www.fullcircleadoptions.org

Phone: 413-587-0007
Fax: 413-584-1624

8 Bridge Street, 2nd Floor
Northampton, MA 01060

## Agency Philosophy & Policy Regarding Discipline of Children

Discipline should help a child understand and learn appropriate behavior. It should be constructive and of a nature reasonably likely to help them in life. Such methods of limit setting and discipline as interruption and redirection, positive reinforcement, and explanation, appropriate to the age of the child, are preferable for helping the child to grow, learn and incorporate acceptable behaviors. Children generally respond best to the balance of loving watchfulness, leadership, and awareness on the part of the parent(s).

The Agency believes that the means to accomplish this are methods that will not shame or physically impact or hurt the child. Verbal or physical harshness displayed directly or indirectly can cause trauma and suffering for a child. There are excellent books and articles dealing with this subject, which are available to prospective adoptive parents.

Research has shown that corporal punishment and spanking, in particular, are not effective forms of limit setting with children. Many parents, particularly those who were raised with some measure of spanking, speak of using this as a last resort, e.g. if a child were to run out into the street. In fact, the literature shows that when a parent most needs to teach a child a lesson (e.g. when they've run into the street), hitting a child traumatizes them, hurts them and instills distrust. It is precisely in a crisis that parents need to utilize the other ways of communication that are more effective for the child's learning process. After one's heart stops beating fast, it can be helpful to speak in lower, slower tones with one's child, with lots of eye contact and let them know what is the safe path and what they should not do in the future.

"Time with" rather than "time out" may be an effective way of addressing behavior that may, at its root, have something to do with seeking assistance or needing genuine attention.

We consider it a useful area of any home study to talk about alternatives to hitting, spanking and verbal harshness. We do not expect that prospective foster and adoptive parents will necessarily have spent time on this before the home study, but the agency recommends doing some reading and reflecting on this topic.

It is the Agency's policy not to approve prospective foster or adoptive parents who consider physical discipline to be an acceptable means of disciplining children and/or who plan to use such means at any age and at any time. The agency will not make a placement with a family who has completed a home study with another agency where the home study indicates any comfort with corporal punishment, spanking, direct or indirect verbal, physical or other types of harshness of any sort or similar styles of interpersonal communication.

1.12

BURKE0000075

1.12

All families receiving a foster care or adoptive placement through Full Circle Adoptions agree and attest to the fact that they will never utilize corporal punishment, spanking, or any direct or indirect verbal, physical or other type of harshness as a mode of communication and/or interaction with the child or with others in the child's environment, as a style of parenting or as a means of discipline or limit-setting.

This is not because the agency holds an unrealistically high standard of parenting but, rather, because our view is that one of the most important skills for any parent is to be able to "bracket" one's own needs (for example, to vent frustration) and focus on what the child actually needs and what is considered effective to keep a child safe and teach him or her lessons about venting frustration and anger appropriately.

Please feel free to raise any questions about this subject before or during a home study and at any stage of the adoptive and parenting experience.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

2

**49**



Phone 413-587-0007
Fax: 413-584-1624

Adoption brings love full circle.

**Adoption brings love full circle.**

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Statement Acknowledging Risks Involved in Adopting a Child

It is Full Circle Adoptions' intention to inform prospective adoptive parents as completely as possible about all aspects of the adoption process and the risks inherent in that process. We are not trying to discourage you about adoption. Rather, we want you to understand the realities, help you to assess your comfort level, ability to handle them, and encourage you to ask your social worker for assistance as and when needed. We also want to make you aware that adoption professionals, including agencies, do not have control over many aspects of the adoption process. The Service Agreement details many risks and is incorporated here by reference.

You may encounter a number of difficulties and frustrations in the adoption process including, but not limited to, the following:

- There may be time delays at various stages of the process;
- There may be incomplete medical information on the expectant parents (EP) and/or the child (some EP may not provide as much as one would wish; some putative father may be unavailable; on occasion a EP is ignorant of or in denial about a health condition; sometimes a expectant parent was adopted and may not have background to share);
- An expectant parent may change their mind about placing or parenting a child or regarding choice of family;
- There may be more than one possible putative father and may be incomplete information regarding the identity of the biological father.
- The agency can not predict or guarantee outcomes—some adoption cases proceed smoothly; others have difficulties (including but not limited to clinical, medical and/or legal matters);
- There may be changed facts and circumstances along the way, necessitating decisions about options, additional expenses, changes in timing or other matters to consider;
- If you elect to accept a legal risk placement (e.g. during a revocation period or prior to the final, conclusive termination of birthparents' rights), there is a chance that you would be required to return the child;
- If an adoption possibility does not proceed to placement or finalization, there may be financial loss with respect to expenses and costs, professional fees (outside of Full Circle) and expectant parent living expenses;
- Expectant parents have a wide variation in wishes for the degree of pre- and post-adoption communication. Sometimes close to the birth of the child, biological parents feel some anticipatory separation anxiety and as a result change/increase their requests for post placement communication;

1.13

- Sometimes, there may be close timing in cases. It may be necessary to make financial and/or other decisions on short notice;
- The Agency cannot enforce any agreement(s) (written or otherwise) entered into between birthparents and adoptive parents.

In each case, we can discuss together the factors that can assist you in determining whether or not you wish to pursue an adoption plan;

We recommend offering expectant parent counseling to the degree that the expectant parents will accept same, as one way to help expectant parents consider their options, increase awareness of the expectant parents' needs, as well as increase awareness of any risk factors arising from their clinical and social situation.

## Statement of Acknowledgement of Risks:

I am fully aware that the above is a broad general statement of types of risks in adoption and that there may be additional risks besides the risks described. I have also reviewed the Service Agreement and the details of potential risks listed there. In consideration of Full Circle Adoptions undertaking to assist me in adopting a child, I agree to indemnify and hold harmless Full Circle Adoptions, its Directors, Board of Directors, officers, representatives, agents and employees from any liability whatsoever.

I understand that neither Full Circle Adoptions nor any of its representatives can guarantee a match, the outcome of an adoption match, nor can it guarantee the current or future medical condition of any child I adopt.

Therefore, I agree not to hold Full Circle Adoptions or any of its directors, Board of Directors, officers, representatives, agents and employees responsible for any outcomes of adoption efforts including, but not limited to, any professional, procedural, or factual aspect of the process as well as any medical conditions(s), whether or not reported, detected or diagnosed prior to the adoption, or which might develop or be discovered in the future. This applies as well to any recurrence of a medical condition, expression of genetic condition for which the child is predisposed or vulnerable by reason of family medical history or exacerbation of any existing condition.

I have read the above, and understand and acknowledge the risks of adoption. Nevertheless, it is our desire to go forward with the adoption process.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it. (If you print out a hard copy (not necessary) you can sign below.)

2

**51**
BURKE0000078



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Health Information & the Health Status of a Child

Gathering health information about a prospective adoptive child and their biological parent(s) and other relatives is a critical part of the adoption process. FCA, like other adoption agencies, strives to gather accurate and complete information from biological parent(s) and their medical providers when possible, within the bounds of health privacy laws.

**FCA gathers health information in a number of ways:**

1) A social worker will directly interview expectant or biological parent(s) when available regarding their own and their known biological relatives' health status.

2) The expectant parent(s) are asked to complete a background history form that asks about many medical conditions in themselves and their known biological relatives.

3) The expectant parent is asked to sign a release for prenatal care records (including HIV testing), delivery records, and the child's birth records. If there is a specific condition noted for which more information is desired, the expectant parent(s) may be asked to sign an additional release for further records.

4) Prospective adoptive parents, in addition to the agency, should be proactive in asking adoption professionals for all available information concerning a child's health status and history, developmental status, social history, and birth family background. PAPs are entitled to ask about any medical information that is unclear, conflicting, or missing, including any information gaps in the biological parent medical questionnaires.

5) The Agency is only able to provide health, social and family background information that is made known to the agency prior to placement. The Agency makes no representations or warranties as to accuracy or completeness.

6) Any child, including adopted children, may have physical or mental health problems and/or developmental or behavioral issues, either diagnosed or undiagnosed. The present and future health of a child cannot be guaranteed.

1.14

1.14

**I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.**

2

BURKE0000080



Phone: 413-587-0007
Fax: 413-584-1624

Adoption brings love full circle.

www.fullcircleadoptions.org

8 Bridge Street, 2ⁿᵈ Floor
Northampton, MA 01060

## Medical Liability Release Policy

I/We, the undersigned, hereby acknowledge that Full Circle Adoptions will make every reasonable effort to offer for adoptive placement a child who is medically, physically, psychologically and emotionally healthy. However, notwithstanding the efforts of Full Circle Adoptions, and its agents and employees, a child may have conditions which are unreported, undiagnosed, undetected and/or the subject of unclear, misdiagnosed, or conflicting medical opinions. Full Circle Adoptions does not consult with or employ medical or nursing personnel in connection with an adoption. Instead, Full Circle Adoptions provides prospective adoptive parents with information available to it about the child.

I/We understand and acknowledge that Full Circle Adoptions makes no representation or warranty about the completeness, accuracy or implications of any medical information provided and that I/we have been advised to consult with physicians of our own choosing in order to assist us in understanding any information provided, the limits of the information provided or any other question(s) about the medical condition of the child.

I/We also understand that, at there is a window between exposure to HIV and when it shows up on a HIV test. It is possible for a newborn to be exposed to HIV in the mother, after the mother tests negative because not enough time has gone by for it to show up on a test.  Because the tests take time to show results, I/we understand that biological mother of the child and/or the child may not have an accurate test result, I also understand that the mother may or may not have been tested for HIV.

In consideration of Full Circle Adoptions undertaking to assist me/us with the adoption of a child, I/we do hereby release, indemnify and hold harmless Full Circle Adoptions, its director, officer, agents, representatives, and employees should a child be diagnosed as having any condition including but not limited to hepatitis, other communicable diseases, HIV, AIDS and AIDS related complex, or from any other presently unreported, undiagnosed, untested or undetected medical condition or illness regardless of its type or severity.

I/We agree to hold Full Circle Adoptions, its director, officer, agents, representatives, and employees harmless for any illness the child may have been born with and/or which the child may have at any time acquired and the consequences of such illness including but not limited to the child's death resulting from any such illness. Furthermore, I/we understand that neither Full Circle Adoptions nor any representative can guarantee the future medical condition of any child.  Therefore, I/we agree not to hold Full Circle Adoptions nor any representative by any medical conditions which were or were not reported, detected or diagnosed prior to the adoption or which might develop or be discovered in the future. This applies as well to any recurrence of a medical condition, expression of genetic condition for which the child is predisposed or vulnerable by reason of family medical history and/or exacerbation of any existing condition.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1.16



Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Policy Regarding Potentially Sensitive Matters

### Information to be Shared:

PAPs may want to know what personal information will be shared with expectant parents who are considering placing their child. Here are some examples of types of information that could be shared:

- **Information in the Dear Birthparent Letter.** PAPs write a letter that contains personal information to facilitate EPs/BPs getting to know them. PAPs generally have discretion regarding what types of information to share in this letter, and FCA will provide guidance regarding discussion of potentially sensitive matters (such as a history of certain medical conditions, certain religious information, or other matters). This letter serves as an introduction between the EPs/BPs and PAPs.

- **Information required by law and/or deemed clinically relevant by FCA.** BPs/EPs have a right to certain types of information regarding PAPs when they are considering a match with particular PAP(s). This includes information regarding the PAPs religion, and other information which could be deemed relevant to their placement plans. If this information has not been disclosed through the Dear Birthparent Letter, FCA will require the disclosure of such information when a match is being considered or confirmed. FCA staff will support PAPs in disclosing this information in a sensitive and thoughtful manner.

### Why do we share sensitive information?

- **Birthparents have a right to define criteria for a family they are considering placing their child with.** This policy is consistent with our belief that full honesty on both expectant and prospective adoptive families' parts is essential both to establishing trust and to the adoption professionals fulfilling their professional responsibilities to expectant/prospective adoptive parents and the child. FCA will provide support for expectant parents and prospective adoptive parents regarding feelings that may arise related to any disclosures.

- **Birthparents have a right to define what may matter to them in prospective adoptive parents.** Many PAPs may feel uneasy regarding disclosing personal information because they fear that the expectant parents might reject them on a basis that feels unfair, unreasonable or even angering. The simple fact is that, just as the prospective adoptive parents are free to reject placement of a child (for good, bad or indifferent reason), so, too, the expectant parents, who are making one of the most serious and personal decisions of their lives, are free to be discriminatory in weighing the criteria they use to make their decision.

1

BURKE0000082

1.16

• **Home studies done by other agencies**  In the situation where prospective adoptive parents have completed a home study with a different agency, they are required to submit medical reports of recent physical, psychological treatment and any medical records that relate to health conditions within the past ten years (e.g. histories of cancer, diabetes, psychiatric treatment, etc.), which is what is required for prospective adoptive parents that Full Circle has done home studies for. These records are requested because most other agencies do not have a sensitive matters policy and, therefore, may not request the same degree of medical information as may be needed to implement this policy. You are encouraged to discuss with the Agency, in advance, the sensitive information and to discuss the best ways to share this information with the prospective adoptive parent(s).

• **Expectant/birth parents**  In a reciprocal policy, expectant/birth parents are also required to offer any sensitive information about themselves to prospective adoptive parents

We have had an opportunity to discuss how this policy might relate to our family and agree to review this, as applied to our case, as our adoption process unfolds. We have raised any and all such concerns with the Agency prior to beginning work with the Agency. If any such sensitive matters, including any material changes of information since the completed home study, arise after completing our initial paperwork with the Agency, we understand that we are under a continuing duty (i.e. at any stage in the process, even post-placement) to disclose to the Agency and to the expectant parents in accord with this policy.

I/We understand that the Agency reserves the right to withdraw from assisting with an adoption case at any point in the process if the Agency learns or reasonably believes that such pertinent information is being withheld from the Agency and/or to either of the expectant parents. We understand that, in applying to Full Circle, we are committing ourselves to be honest with the agency, other adoption professionals involved in our case and the expectant parents in a continuing fashion throughout the adoption process.

I/We have read this policy, understand it and agree to abide by it.

2

1.17

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Second Medical Opinions Prior to Placement of the Child

The Agency recommends that prospective adoptive families request a medical opinion from a doctor as to the health of the child before formally accepting placement. Where there has been a routine birth and there are no medical concerns, some families elect to rely on the medical opinions of the doctors and nurses and do not request an outside medical opinion. However, in some instances, where there has been a question of difficulties during birth or during newborn care, the agency particularly recommends that the prospective adoptive family request a second medical review of medical records and perhaps the child, by outside medical professionals.

When families are in the midst of an adoption, there may be considerable pressure on prospective adoptive families to go forward without a second medical opinion. The prospective adoptive parents may have waited for years to become parents. The biological parents have placed their faith in the prospective adoptive parents when they signed their surrenders and the hospital may be reporting the child's health as satisfactory. The baby is there waiting for you. A delay of formal placement may require a period of short-term foster care for the baby. Despite these many pressures, the agency's view is that, on a case by case basis, it may be a good idea to take a few extra days to obtain thorough medical opinions as to the health and any projected health risks for the child if there are any questions. Thus, when you accept placement of a child, you are doing so with as much information as possible concerning the child's medical condition and possible future needs.

We acknowledge this recommendation and agree that, when desired, we will request the option of postponing acceptance of a formal legal placement of the child until we have had an opportunity to obtain an independent medical opinion reviewing the baby's medical records, and perhaps also a medical evaluation of the baby her/himself.

We have had an opportunity to review this policy and discuss any questions or concerns. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1

BURKE0000084

1.18

Adoption brings love full circle.
Phone: 413-587-0007
Fax: 413-584-1624

A FULL CIRCLE adoptions

www.fullcircleadoptions.org
8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Adoptive Parents and/or Adopted Person Request with Respect to the Search Process

At some point in the future, the birthparent(s) of your child may approach the Agency and request that identifying information about you and/or your child be disclosed. Our usual practice is to have an Agency social worker contact you and request clarification as to whether or not you wish the agency to share information with the birthparent(s). You are encouraged to call or contact the Agency to update your address, phone number, relationship status, etc. so that we have updated information sufficient for agency personnel to reach out to you.

I/We request that, in the event that the birthparent(s) of the child placed with my/our family should seek specific identifiable information in regard to my/our family, that I/we be contacted in confidence so that I/we may determine whether or not to authorize the disclosure of such information. Further, it is my/our understanding that this statement is conditional and subject to the statutes of the Commonwealth of Massachusetts, the State of Maine, or other applicable states of finalization of the adoption.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1.19

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Post Placement Agreement Request

Expectant parents and prospective adoptive families often wish to have an understanding about how they might stay in touch in the years after an adoptive placement of the child.

Sometimes they have an agreement which includes regular photo/letter updates. Sometimes this includes in-person visits. Sometimes there is a plan for exchange of emails or phone calls. The agency strongly recommends that, for adoptions finalized in MA and other states where these agreements are enforceable, having a written agreement can help families remember their understanding and avoid confusion in the years ahead.

For adoptions finalized in Massachusetts or in other states where the agreements are court enforceable, it is helpful for the agreement to be acknowledged as an order of the probate court. The Agency asks the Court to make a determination as to whether the agreement is in the best interests of the child. Usually, the court then enters an order, separate from the adoption decree. This means that if, for some reason in the future, the adoptive parent(s) or birthparents do not abide by their agreement, the Court can order them to do so. By law, there can be no change of the adoption itself or of custody of the child as a result of any action to enforce the post placement communication agreement.

If the child lives outside of Massachusetts for longer than six months, the Massachusetts court may lose jurisdiction over enforcement of the agreement. It will be up to a court in the child's state of residence to decide whether or not, according to the laws of that state and the best interests of the child, the court will honor and uphold the agreement.

Adoptive parents will be expected to sign the agreement before birthparents sign surrenders. Birthparents will be expected to sign according to the timing that is deemed consistent with applicable law. The agency recommends that, for adoptions finalized in Massachusetts, that birth and adoptive parents have a court enforceable agreement. In the agency's experience this promotes better communication over the subsequent years.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1

BURKE0000086



Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Policy Strongly Recommending Families Do Not Bring Children to Pre-placement Visits with Expectant Parents or to the Placement

The agency strongly recommends that no children be involved in contact with a child who is the subject of any adoption.  Until surrenders have been signed, we recommend that all children be shielded and protected from the stress of the adoption process.

Pre-birth meetings with expectant parents are often emotionally charged.  The time around placement can be joyous, but it can also be fraught with a mixture of feelings, some confusion and stress.  The agency considers such meetings to pose a tremendous risk of too much stress for children.  An analogy to surgery is apt.  Family members may want to stay close during times of stress, but it wouldn't be appropriate for children to be in the operating room during a parent's surgery.  This can be more stressful and confusing for children than is appropriate; this can be traumatic.  Children should be kept out of the "operating room" of a potential adoption match as well.  It's potentially confusing, stressful and even traumatic to witness the complex sea of emotions accompanying the adoption process.

This recommendation is most relevant to prospective adoptive families who already have children in the family.  However, it also applies to any family members who might visit with you during any pre-birth/pre-placement phase of the process (e.g. short term foster care after hospital discharge).

Full Circle Adoptions strongly recommends that all prospective adoptive parents make alternate care arrangements for their children at their own home or with relatives far away from any meetings with expectant parents and birth parents. Anyone visiting prospective adoptive parents (e.g. adult siblings who have children) should make alternate care arrangements for their children during any visits to the birth family and at the time of placement.

While often these meetings are pleasant, meaningful and very warm, there can also be a "sea of emotions" present which can be confusing to a child. There are cases where the birthmother/parents express uncertainty and/or where they may change their mind. Other children, wherever possible, should not experience bonding to a child who they then may witness leaving the family. We don't think it's wise for any child to witness a family choosing to accept or decline a specific child's placement. There have been cases where there has been an increase of legal risk for one reason or another and it is not appropriate to over-expose a child to the adult emotions and process as a decision about children is being considered.

1.20

It is not uncommon for parents to feel that a separation from their child(ren) of 1-2 weeks would feel intolerable or to state that no family or friends would be suitable. If one sees this as analogous to surgery, it's easy to see that you would simply not be able to have your child in an operating room or to have them witness the stress of surgery. They can't make sense of all that is going on and it can be traumatic. While making alternative arrangements may seem challenging, when viewed through this lens, the necessity of making such a plan becomes clearer.

In the past, some families have had family or friends travel with them and provide care for a child in a separate hotel room but it is our experience that children are still overexposed. If there is a legal risk period with the newborn, the first child(ren) invariably see and bond before there is complete security of the case and this could be damaging. Our strongest recommendation is to make a plan so that any children are far away from the situation. Skype, phone, letters, and even visits home can help the child adapt to this separation.

Please feel free to raise any questions or concerns about this recommendation at any time. I/We acknowledge receipt of this policy statement and will agree to make every reasonable effort to make alternate arrangements for the care of our child or children during times when we will meet the birthparents and/or accept placement of the child. Following the conclusion of the legal risk period, it is very appropriate to include your children in any meetings you would like to with birth parents.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

2

**61**

BURKE0000088



**Adoption brings love full circle.**

Phone 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Statement of Understanding Regarding Inter-State Placements

Many expectant parent(s) who choose to place their child will deliver the child in another state, or will reside in a different state than the one in which you reside. If this occurs, the adoption must comply with the laws of both states (yours and the birthparents). There are a set of protocols, referred to as the Interstate Compact for Placement of Children (ICPC) which apply to inter-state adoptions. This Statement is to help explain the process of honoring the ICPC and to help you understand your role – if you have any questions, please ask FCA and rely on the answers provided by Full Circle.

The ICPC has offices in the capital city of each state and the office usually has a limited number of staff. This administrator is the sole person to give approval of the placement. The approval of the administrator in both states is necessary before you are given permission to leave the state where the child is born and return to your home state. During the waiting period, the child might be boarded in the hospital, in foster care, or discharged into your care depending on the biological parent's request, the baby's needs, your requests, the applicable state laws and regulations, and hospital and agency policies. If the child is discharged from the hospital and into your care, you should make arrangements to stay with the baby in a hotel/motel/other facilities until the approval is given.

After the consents are signed, the attorney or agency in the sending state must send to the ICPC offices in both states certain documents for their review and approval. This is done by overnight protocols but there is no guarantee that the ICPC office will review these documents on the same day that they arrive. Just because we consider it time-sensitive does not necessarily mean that the ICPC will respond immediately. The administrator may be sick, on vacation, or have an ongoing caseload, which may mean that he or she cannot get to it on the same day. In most situations, ICPC will review the documents within a few days. However, under the applicable regulations, the ICPC has 60 days to give their approval. Most approvals are given in seven to ten business days. Therefore, you must be prepared to stay in the state where the child is born for at least seven to ten business days and even longer, until the approval for you to leave the state is granted.

The ICPC protocols state that approval must be given in writing, but most states will give verbal approval, so that you can get back home. Remember, leaving the sending state without approval violates the law and may jeopardize your adoption. If you feel that you cannot comply with this requirement, please don't participate in an interstate adoption. On a case by case basis, only one of you needs to stay with the baby in the sending state. Therefore, if one of you must leave for other reasons, e.g. work, the other can remain.

We have read this Statement of Understanding regarding Interstate Placements of Children and agree to comply with it. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

BURKE0000089

1.21

1.22



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Policy Regarding Formal Counseling Following a Change of Heart

There are occasions when the biological parents of a child, having planned for adoption, change their minds. We encourage early and attentive expectant parent counseling; our hope is that this will help expectant parents identify ambivalence, anticipate difficult feelings of outcomes, and help expectant parents discern changes of heart earlier, if possible, than around the time of delivery. However, sometimes after having planned for an adoption, biological parents change their minds. When this happens, depending upon how long you've been waiting in general, or waiting in this specific designation, it can feel disappointing. For some it may feel as serious as a miscarriage or a death.

People heal from such losses in different ways. Some immerse themselves in work or engage in physical exercise or sports. Some find solace with friends or family. Others find counseling useful. It is not uncommon, in our experience, for people to bury their sadness and assume they must bear the difficulty alone. Some may ask, "Why me, why us?" Many clients proceed through the adoption process smoothly, with few bumps at all. Others have a string of disappointments. You may feel anger at the Agency, not because we've done anything wrong, but because we're there and sometimes the bearer of the painful news.

It is our experience that families who do not take some time to heal and who do not obtain formal counseling, may develop some bitterness that doesn't subside even after a wonderful baby is placed in their arms and could impede the bonding process. For example, some adoptive parents have difficulty meeting a subsequent expectant mother who requests an opportunity to meet with them before making the placement. The unresolved pain may take the form of anger around money - referring to the emotional costs as much as financial. We understand this pain and want to help you arrive on the other side of the adoption process as whole as possible and fully free to feel the joy of the child who will be your son or daughter.

There are times when a loss has been so substantial that we may recommend or require that prospective adoptive parents take a break and participate in formal counseling, before proceeding further.  The Agency reserves the right to put your process on hold and to recommend counseling in those instances where disappointments have been significant. We will resume your adoption process following review of an assessment that states you are sufficiently resolved about the recent disappointment and are ready to proceed in the search and designation process. We do not wish to slow down the process of helping you realize your dream. However, we wish to help you do so in a way that will maximize stability and harmony following placement.

I/We have had an opportunity to read, review, and ask any questions about the above policy and my/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1



Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

## Policy for Record Copies

Clients of Full Circle Adoptions who wish to receive a copy of their record shall do so in writing at least 30 days in advance of any need for copies.  Clients shall pay a small fee to cover copying costs and staff time plus any postage needed for mailing.  In preparing a copy, the agency may take a reasonable amount of time to assemble the record and have agency counsel review the record for any arguably protected matters prior to the copy being made available to the client.

Expectant or biological parent records are always considered confidential and not part of the adoptive parent record. Clients are expected to request separate written releases from third parties who've submitted documents (e.g., doctors, employers etc.) as the agency does not have a release to share those documents with the adoptive parents (the release is between the agency and the referees, but does not confer on us the right to "re-share" what they write to the agency). At all times, the actual record and original documents shall be the sole property of Full Circle Adoptions.

I/We also consent to withdraw from our escrow account any sums related to a request for copies prior to the closing and refund of our escrow account.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/your understanding of this policy and my/our agreement with it.

BURKE0000091

1.24

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624



**www.fullcircleadoptions.org**

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Legal Representation

Full Circle Adoptions is a full service adoption agency that assists clients in many aspects of the adoption process.

If requested, we will help identify attorneys to assist our clients with legal matters, such as termination of the biological parents' rights and finalization. Clients are free to choose their own independent counsel and we welcome the opportunity to work with them. If one of the Full Circle Adoptions staff members is an attorney, that person will not be used to legally represent any Full Circle clients.

I/We have read the above policy and agree to promptly provide to Full Circle, in writing, the name, phone number and authorization to speak with, and share our information and documents with any attorney we retain to assist us in the adoption process.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1

BURKE0000092



**Adoption brings love full circle.**

www.fullcircleadoptions.org

Phone: 413-587-0007
Fax: 413-584-1624

8 Bridge Street, 2nd Floor
Northampton, MA 01060

## Requirement for Vaccinations, Tests, & Medical Care of Children

Full Circle's best understanding is that the best interests of children are served by children being administered and receiving vaccinations with the frequency and timing recommended by the American Academy of Pediatrics. It is a requirement of prospective adoptive parents of the agency to sign a statement that they will vaccinate all children in their family according to the standards of the American Academy of Pediatrics (AAP).

Prospective adoptive parents are required to identify a pediatrician who agrees to administer vaccinations to any and all children according to the frequency and timing of the American Academy of Pediatrics. All adults living with the child are expected to be current on all vaccinations recommended by the Center for Disease Control, for the protection of the adopted child.

It is required that prospective adoptive parents or already finalized adoptive families engaging services of Full Circle provide all their child(ren) with the vaccinations, tests, and medical care recommended by the American Academy of Pediatrics. The agency's requirement is the same whether the child is in the family's care during the post-placement period or if a family has finalized their adoption in another state or country and Full Circle is being asked, solely, to provide post-adoption reports or other services.

This requirement might be modified on a case-by-case basis if, in a case-specific instance, the child's pediatrician prepares a written statement indicating that the weight of generally accepted medical opinion is to not follow a certain generally accepted practice as applied to this specific child and, why, in that pediatrician's opinion, this is a medical course of action that is in the best interests of this child.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement to abide by it in full.

1

1.26



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

**www.fullcircleadoptions.org**

8 Bridge Street, 2ⁿᵈ Floor
Northampton, MA 01060

# Prohibition on Child Buying

Full Circle does not participate in nor condone child buying in any jurisdiction, locale, state or country. The agency prohibits its prospective adoptive parents, employees and agents from giving money or other consideration, directly or indirectly, to a child's parent(s), other individual(s), or an entity as payment for the child or as an inducement to release the child.

If permitted or required by the child's state, locale, or country of origin, an agency or professional may remit reasonable payments to venders or professionals for activities related to the adoption proceedings, pre-birth and birth medical costs, the care of the child, the care of the birth mother while pregnant and immediately following birth of the child, or the provision of child welfare and child protection services generally. Permitted or required payments or intentional adoption contributions shall not be interpreted as payment for the child or as an inducement to release the child.

I confirm that I have read, understood and agree to abide by the above referenced policy prohibiting child buying. Furthermore, I have had sufficient opportunity to ask any questions about its applicability and commit to asking any questions about its application in the future, should the need arise.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1

BURKE0000094



www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

# Adoption Procedural Summary

This Summary describes the adoption process where FCA identifies the expectant parents.

The key to abbreviations is as follows:

- PAPs refers to Prospective Adoptive Parents
- EPs refers to Expectant Parents (before birth/possible placement)
- EM refers to Expectant Mother
- BP refers to Birthparents (after placement)
- FCA refers to Full Circle Adoptions
- Agency refers to FCA Adoptions and/or any subcontracting adoption professionals
- HS refers to home study

Orientation: FCA provides orientation to educate PAPs as to adoption procedures through the agency and to discuss expectations and questions of PAPs. There is no charge for an orientation.

Application: PAPs submit their application form and application (the application fee). FCA reviews application and provides written acceptance of PAPs as clients of the agency.

Home-Study: The PAPs will have an approved home-study completed by FCA or a licensed and approved adoption agency in the PAPs' home state or country and HS review by FCA.

Adoption Education: Prospective adoptive families will complete 10 hours of adoption education by attending workshops, seminars, talking with other adoptive families, reading books and on-line materials.

Support Social Worker During Waiting Period (Post Home Study): Following successful completion of the home-study, the PAPs will be provided with the name and contact information for a social worker who can provide support in the period between the home study and placement.

Inter-Office Coordination (Pre-Match/Pre-Referral): When applicable, some PAPs work with two agencies. Full Circle coordinates the expectations and inter-office agreement for the two agencies to work smoothly together.

Dear Birthmother Letter/Profile: Prospective adoptive families prepare a "Dear Birthmother" letter.

Waiting Period: Families make use of waiting parent groups, ongoing supportive therapy and other means of support while waiting for potential situations to consider.

1.27

Domestic Adoption Program: Following successful completion of the home study, PAPs begin the waiting, matching and placement process. PAPs can be matched with expectant parents who have completed an intake assessment, financial needs assessment, provided a proof of pregnancy and initial counseling. Information is presented to PAPs regarding potential matches; PAPs review information and accept or pass on proposed match. Upon acceptance of match, PAPs have a confirmed designation and pay related fees and costs.

International Incoming Adoption: Following successful completion of the home study, PAPs process additional international paperwork required by their provider agency and international country. They pay an inter-office fee prior to completion of an inter-office agreement with their placement agency. The PAPs begin the waiting, matching and placement process with respect to their placement agency. PAPs are matched and placed with by the placement agency.

Domestic Designation Coordination: Following confirmation of a match, FCA staff coordinates the medical, legal, financial and social information relevant to the adoption situation.

Pregnancy Period: Following confirmation of a domestic match, PAPs and EPs communicate with each other and professionals (medical, legal, clinical). Casework is provided by out of state adoption professionals or by FCA where EPs reside in MA.

There is no contact between PAPs and EPs during the pregnancy when an adoption is international (outgoing or incoming).

Ongoing Adoption Education: Prospective adoptive families continue their adoption education by attending workshops, seminars, talking with other adoptive families, reading books and on-line materials.

Post-Placement Supervision (PPS): The PAPs participate in meetings and phone contacts with a social worker that yield PPS reports consistent with the regulations and guidelines established by the state and country of the EPs placement and, if applicable, the Commonwealth of Massachusetts.

Finalization: PAPs finalize the adoption in the applicable court at the appropriate time given the sending and receiving state regulations and laws and the applicable state/country for finalization.

Post Adoption Finalization Consultation: FCA is available for post adoption consultations.

Connecting with other Families: APs and child(ren) join together, as convenient, for agency social events to share stories, experiences, learn from each other and make new friends.

I/We have had an opportunity to read, review, and ask any questions about the above summary. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this summary and my/our agreement with it.

2

BURKE0000096

Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Policy Regarding Legal Counsel for
# Expectant/Biological Parents

Full Circle Adoptions offers all expectant and biological parents the opportunity to confer with legal counsel, at no charge to the expectant/biological parents, consistent with state law requirements for provision and payment of legal services in adoption matters.

My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1.28

**70**

1.29



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Policy Regarding No Preferential Treatment for Agency-Involved Individuals

AAA Full Circle Adoptions and Family Building Center Inc does not give preferential treatment to its board members, contributors, volunteers, employees, agents, consultants, or independent contractors with respect to the placement of children for adoption.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1

BURKE0000098

Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624



www.fullcircleadoptions.org

8 Bridge Street, 2ⁿᵈ Floor
Northampton, MA 01060

## Previous Home Study Acknowledgement

If you, as an individual or couple, or either of you, as an individual or in another relationship, have ever had an adoption or foster care home study, Full Circle requires that you submit a copy. The prior home study is required, whether it was complete, incomplete, approved or not approved, prepared by an individual social worker or an agency or any variation of the previous factors. The agency is relying on the information received to make decisions relevant to the best interests of a child and must have all relevant information in that process.

Please submit a copy of the home study along with a release of information for the social worker and agency with whom you previously worked for each previous home study.

Failing to acknowledge a prior home study process, if learned at a later time, would be considered the basis for termination of services at any point in the process.

I/We have had an opportunity to read, review, and ask any questions about the above policy. My/our initials on the policy checklist shall be taken as acknowledgement of my/our understanding of this policy and my/our agreement with it.

1.30

BURKE0000099



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

**www.fullcircleadoptions.org**

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Lead Paint Policy

Full Circle Adoptions provides information to all prospective adoptive families about the extreme risks of lead paint exposure and poisoning, as well as suggestions for keeping children safe from lead poisoning. It is left to individual families to determine how to best protect their family from lead paint poisoning.

Full Circle Adoptions requires that each family acknowledge that they have received information on lead poisoning, that they have taken any appropriate action for their situation, and that they affirm that any child placed in their home will be safe from toxic exposure to lead paint.

## Information Regarding Lead Paint Poisoning:

**Lead poisoning** occurs when lead builds up in the body, often over months or years. Even small amounts of lead can cause serious health problems. Children younger than 6 years are especially vulnerable to lead poisoning, which can severely affect mental and physical development.

Lead is a metal that occurs naturally in the earth's crust, but human activity — mining, burning fossil fuels and manufacturing — has caused it to become more widespread. Lead was also once used in paint and gasoline and is still used in batteries, solder, pipes, pottery, roofing materials and some cosmetics.

**Lead-based paints** for homes, children's toys and household furniture have been banned in the United States since 1978. But lead-based paint is still on walls and woodwork in many older homes and apartments. Most lead poisoning in children results from eating chips of deteriorating lead-based paint.

**Household dust** can contain lead from lead paint chips or from contaminated soil brought in from outside.

**Lead pipes**, brass plumbing fixtures, and copper pipes soldered with lead can release lead particles into tap water. Lead solder in food cans, banned in the United States, is still used in some countries.

**Lead particles** from leaded gasoline or paint settle on soil and can last years. Lead-contaminated soil is still a major problem around highways and in some urban settings. Some soil close to walls of older houses contains lead.

1

BURKE0000100

1.31

**Some simple precautions** can help protect you and your family from lead exposure before ham is done.

- **Wash hands and toys.** To help reduce hand-to-mouth transfer of contaminated dust or soil, wash your children's hands after outdoor play, before eating and at bedtime. Wash their toys regularly.

- **Clean dusty surfaces.** Clean your floors with a wet mop and wipe furniture, windowsills and other dusty surfaces with a damp cloth.

- **Remove shoes before entering the house.** This will help keep lead-based soil outside.

- **Run cold water.** If you have older plumbing containing lead pipes or fittings, run your cold water for at least a minute before using. Don't use hot tap water to make baby formula or for cooking

- **Prevent children from playing on soil.** Provide them with a sandbox that's covered when not in use. Plant grass or cover bare soil with mulch.

- **Eat a healthy diet.** Regular meals and good nutrition might help lower lead absorption. Children especially need enough calcium, vitamin C and iron in their diets to help keep lead from being absorbed.

- **Keep your home well-maintained.** If your home has lead-based paint, check regularly for peeling paint and fix problems promptly. Try not to sand, which generates dust particles that contain lead.

Full Circle Adoptions has provided the above information to its clients about the dangers of children being exposed to lead paint.

We are aware of the lead paint risks in our home and we affirm that a child placed in our home will be safe from toxic exposure to lead paint. My/our signature on the check list indicates our understanding and willingness to abide by this policy.

2

BURKE0000101

1.32



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Adoption Education Policy

Learning about the adoption process and learning how to help children with adoption related issues is a life-long endeavor. Full Circle Adoptions encourages prospective adoptive parents (PAPs) to attend adoption-related conferences, seminars, workshops, and courses and encourages PAPs to read articles, books, and websites for the latest information that can be helpful to the family and the child.

As part of preparation for both the process of adopting and the experience of parenting a child through adoption, Massachusetts regulations require that all prospective adopters participate in and document at least 10 hours, each, of adoption education. This is true for adopters who are adopting internationally and domestically, whether adopting for the first time or a subsequent time.

In the context of international adoptions, adopters are expected to complete the generic education before the home study is approved (as home study addendums and translations are not easily accomplished later) and to complete the child-specific education before receiving placement of the child.

In domestic adoptions through the Full Circle Adoptions' program, adopters are required to participate in education about a number of matters including: factors affecting the matching process (e.g. openness, trans-racial adoption, prenatal substance exposure and mental health issues) and developmental issues for children including how to talk with children about adoption over the course of their growing up years. Domestic adopters are required to complete most of the 10 hours (each) of education, a minimum of 6 of which need to be completed online and certificates earned and returned to Full Circle before completion of the home study and the balance of the ten hours, at latest, before placement of the child. The best online resources for adoption education are Adoptionlearningpartners.org and Heartofthemattereducation.com.

The agency also provides a general list of resources for this education and periodically will provide information about current conference and/or seminar offerings.

1

BURKE0000102



Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2ⁿᵈ Floor
Northampton, MA 01060

# Ancillary Adoption Service Provider (ASP) Policy

**Introduction:** There are times when prospective adopters would like to work with other adoption service providers aka "ASP's" (e.g. agencies, attorneys, advertisers etc) in addition to Full Circle's domestic infant program. What follows are the protocols for enlisting additional help, including how the costs are handled – including a sliding scale contribution toward the other adoption service provider from the agency's Program Fee, if applicable.

## Key:

The following abbreviations help clarify their usage in this document:

- PAPs = Prospective Adoptive Parents
- FCA = Full Circle Adoptions of MA and ME
- EP = Expectant Parent (prior to making adoption plan)
- BP = Birth Parent (after legally accomplishing adoption plan)
- EM= Expectant Mother
- ASP or adoption entity= Adoption Service Provider (intended to be inclusive of attorneys, agencies, adoption facilitators/advertisers, social workers etc.)

## Required Preliminary Steps:

If PAPs wish to be considered for possible referrals through both FCA's program and that of another ASP (agency, attorney, or facilitator/advertiser), the following steps must be taken prior to any work on behalf of PAPs by the other entity and before the PAPs pay any money or submit any applications to the other entity:

- PAPs must achieve an approved home study
- PAPs sign a release to let FCA speak with the other adoption entity.
- FCA will consider whether the other adoption entity's practices are consistent with federal and state regulations, FCA's polices and practices, and generally accepted practices and expectations.
- If FCA approves of the other adoption entity, FCA will prepare and complete an inter-office agreement with the other entity.
- No money can be paid by the PAPs to the other adoption entity, nor can the other adoption entity do any work on behalf of the family (including any matching activity) until the PAPs have

1

1.33

a home study approved by FCA and there is a completed inter-office agreement between FCA and the other adoption entity.

## Distinctions in Work by FCA in Coordination with Clinical and Non-Clinical ASP's:

- Non-Clinical ASP: If, following the above steps, the PAPs work with a non-clinical ASP (e.g. attorney or advertiser/facilitator) for matching, once potential situations are identified through this ASP, Full Circle provides the same services (covered by Program Fee) as those that would be provided if the expectant mother had contacted Full Circle directly (initial phone assessment, if appropriate arranging for initial counseling to determine if a confirmed match is appropriate). The Designation Coordination fee is also paid for work between confirmation of a match and placement.
- Clinical ASP: If, following the above steps, the PAPs work with a clinical ASP for matching, once potential situations are identified through a licensed agency (where there are social workers available to provide the expectant parent counseling) Full Circle provides the same case analysis and coordination from MA and/or ME perspectives, as applicable (professional time covered by Program Fees). The Designation Coordination fee is also paid for work between confirmation of a match and placement.
- If FCA identifies a match which results in a placement sooner than the outside advertiser or adoption entity, the family will pay FCA for balance of the Program Fee at the time of confirming the match.
- The advertiser's fee usually rolls over to that office's efforts to adopt a subsequent child at a later time; FCA can't speak for all advertisers – it is the PAPs responsibility to verify in writing that this is the case with any advertiser or other adoption entity with which they'd wish to work.
- If the outside ASP identifies a match which results in a placement sooner than FCA, the amount paid to FCA for the Program will roll over to adoption services through Full Circle for a subsequent adoption if the PAPs have an updated/approved second home study and they wish to pursue a subsequent adoption. It is not transferable to a different family. The funds are not refunded if the family doesn't pursue a subsequent adoption or if they choose another adoption professional with which to work. When the family signs up with FCA for a subsequent adoption, they will pay the difference between the amount paid to Full Circle for the Program Fee during the previous adoption and what the Program Fee is at the time of reapplying to the agency for a subsequent adoption.

## Separate Information for Websites:

- If PAPs request FCA review an adoption- related web site that FCA has not previously approved and FCA approves of working with this entity, the PAPs may complete a release of information to allow FCA to explore establishing an inter-office agreement with the hosts of that site. Only after an inter-office agreement is established, shall the PAPs pay any money for their services or make their profile viewable on the site. The PAPs post their profile on non-FCA adoption related internet sites at their own separate expense. So long as Full Circle expressly approves of the web site in writing (email), the PAPs may list their profile with FCA's toll free number as the contact point. PAPs should not post their private phone number or any private means of contact as expectant parents should always first have counseling with an FCA approved social worker before any contact with PAPs.
- **The Program Fee is not refunded, in part or full,** if the family is placed with, finds or is connected to potential EPs through another path including "warm networking" or any referral

2

BURKE0000104

3

1.33

that does not come from an ASP which has a client specific, previously established inter-office agreement with FCA or if the PAPs withdraw from agency services for any reason. If a family withdraws from agency services (e.g. they become pregnant or for other reasons) and wishes to resume adoption services, a full Program Fee would be due again at the end of the period of three years from the date the first Domestic Program fee was first paid. If they resume active networking through FCA's program sooner than three years from the date the first Program Fee was paid, FCA's program service continues to the three year point. If they wish to continue to be shown through FCA beyond the three year point, a full new program fee must be paid.

- **The Program Fee May Roll Over but is not Refunded**: There are times when a family may have signed up with an outside ASP and may have paid fees to that professional and not the agency's Program Fee. Then a possible adoption situation arises with FCA for which they'd like to be considered. The family is expected to pay the Full Circle Program fee at the time of a confirmed match with an expectant parent through FCA's program. If that possible situation does not proceed to placement, the fees paid to FCA are not refunded but roll over to a subsequent adoption with FCA with that same family, if a subsequent adoption is later pursued.

- FCA reserves the right to withdraw from involvement in any case where the professionalism or work of the other ASPs or other involved entities is inconsistent with the agency's view of good practices and applicable laws and regulations.

I/We have had an opportunity to review and ask questions about the above policy and agree to abide by it.

BURKE0000105

1.34



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Written Procedures for Legalizing an Adoption

### A) Domestic Adoptions Finalized in Massachusetts & Maine:

**MA:** Approximately six months after placement, and after all post placement matters are resolved according to the agency, the agency will prepare a finalization packet for finalization in MA. The agency will offer options for an adoption-experienced attorney to represent the adoptive parents; the agency is also happy to provide further referrals and the adoptive parents are free to use the MA adoption attorney of their choice. Following review of the packet, the agency will file this in the probate and family court. The agency will file for finalization of the adoption in Hampshire County, unless otherwise requested by the adoptive parents. The court will schedule a hearing for the post adoption communication agreement (if applicable) prior to the finalization hearing and (per statute) on a separate day.

**ME:** Maine requires one month's post placement visit and report, following which petitions to finalize an adoption may precede in a Maine court. Given that MA has a provision for court enforceable post-adoption agreements and ME does not, this may be a factor in the choice of state used for finalization.

**B) For Adoptions Finalized Out-of-State:** There are states where non-residents **may** finalize in that state or where they may be **required** to finalize in that state. Where clients wish to finalize out-of-state, clients will be referred to experienced adoption attorneys in that state. Fees for finalization tend to be at prevailing rates at the time and upon region. Making inquiries regarding the most reasonable fee is quite appropriate.

Please note: there is a requirement of post-placement supervision by Full Circle Adoptions or an allied agency for 6 months even if the adoption is finalized before the end of that time period.

**C) International Adoptions:** There is a requirement of post-adoption supervision by Full Circle Adoptions (FCA), or allied agency for six months, even if the adoption is permitted to be finalized before the end of that time period. Consent by FCA to be finalized or re-finalized will be deemed required in all cases, even if finalized out of state.

**D) Custody, Medical Care, & Travel:** During the post-placement period, the child is in the prospective adoptive family's physical custody, but is in the legal custody of the agency who accepted the biological mother's surrender or the legally responsible entity until finalization.

All prospective adoptive families who have the child in their physical care must notify the agency and obtain written (email is sufficient) permission from the Agency before traveling with the child out-of-state, and before obtaining non-emergency medical care (routine infant medical care is expected). Families are, further, required to complete medical releases so that the agency receives copies of all medical reports related to the child's medical care during the post-placement or post-adoption period. After the later of the finalization hearing or the conclusion of post-adoption supervision, the provisions in this paragraph no longer apply.

1

BURKE0000106



Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Policy for Clients Working with
# Other Principal Placement Agency

When prospective adopters with an approved home study completed by Full Circle Adoptions wish to contract principally with another agency or law office for matching and/or placement services, Full Circle clients are required to include Full Circle Adoptions in the following ways:

When out-of-state adoption service providers (attorneys, agencies, facilitators, etc.) work with Massachusetts families, prior to any funds being paid to the out-of-state provider(s), there must be a completed inter-office agreement between Full Circle Adoptions and the out-of-state service provider.

During the matching phase of the adoption process, the prospective adoptive family must:

- Copy Full Circle Adoptions on all communications with others (e.g. out-of-state service provider, expectant parents, hospital personnel, etc.)
- Provide a copy to Full Circle Adoptions of all medical, psychiatric, drug/alcohol and other records presented, and related documents (legal, clinical, and medical) to the prospective adoptive parents for potential matches.
- Make themselves reasonably available by phone, in-person, and/or video for consultation regarding potential matches and/or ongoing matches.
- Engage in six months of post-placement supervision regardless of the state requirements for finalization in the jurisdiction involving finalization of their adoption.

In cases where FCA does not have the opportunity to review the evaluation of the case, counseling of the expectant parents, review of legal and clinical matters, ongoing adoption procedures, or ongoing management of the pending match, the other adoption professionals may handle the case in a manner in which the Agency does not feel is ethical or legally safe. This could result in Full Circle Adoptions having to decline further involvement in the match. Full Circle Adoptions reserves the right not to continue in a match where doing so would potentially implicate Full Circle in a disruption once the child was in Massachusetts.

This would mean that the prospective adopters would need to contract with another Massachusetts agency to complete the Interstate Compact, post placement/adoption procedures and finalization. Examples of this could be where the out of state entities have handled matters (such as notification (or not) of the biological father(s) or legal father) and/or Native American heritage (ICWA=Indian Child Welfare Act) in a manner which raises concern about potential risk, including potential risk for disruption.

1