# EXHIBIT D



**Adoption brings love full circle.**

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

January 11, 2022

Dear Mike and Kitty,

We received your letter letting us know that you have decided to discontinue your adoption process.

This must be a disappointment.

I hope that you will pursue another approach to building your family.

My best to you both,

Molly

CONFIDENTIAL

1
BURKE0000605



Adoption brings love full circle.

Phone: 413-587-0007
Fax: 413-584-1624

www.fullcircleadoptions.org

8 Bridge Street, 2nd Floor
Northampton, MA 01060

# Home Study Evaluation & Summary

Michael Joseph Burke & Catherine Jane Elizabeth Burke

Michael's phone:
Catherine's phone:
Michael's email:
Catherine's email:

**Approval Date: July 9th, 2021**
This home study is valid through and will expire on July 9th, 2022

## BASIS FOR EVALUATION

Michael and Catherine met with Full Circle Adoptions Social Worker, Julie Belmont MSW, LICSW, on September 13, 2020, for an orientation to the agency's services. They submitted an application, received by the office on September 18, 2020, in which they requested an adoption home study. The family submitted agency policy forms acknowledging their understanding of adoption and their understanding of the agency's policies.

Michael and Catherine had four meetings with their home study social worker, Hannah Tetrault, MSW, LCSW, for the purpose of completing a home study. The dates of these meetings were May 22nd, 2021, June 12th, 2021 (two individual meetings), and June 19th, 2021. Michael and Catherine are interested in domestic newborn adoption and, toward that goal, are seeking approval for an adoptive placement.

## IDENTIFYING INFORMATION

### Prospective Adoptive Parent #1 – Michael Burke

| | |
|---|---|
| Name: | Michael Joseph Burke |
| Previous Names: | None |
| Sex: | Male |
| Preferred Pronouns: | He/Him/His |
| Date of Birth: | |
| Birthplace: | Holyoke, Massachusetts |
| Citizenship: | United States of America |

673 - Burke Home Study

## HOME STUDY SUMMARY & SOCIAL WORKER'S IMPRESSIONS

Michael and Catherine are responsible and loving prospective adoptive parents. Michael and Catherine have spent the past 4 years developing a marriage and a lifestyle that enables lifelong learning, comfort, and familial bonds. Although they have not parented a child, Michael and Catherine both have positive experience caring for their nieces and nephews. Catherine has had experience supporting youth with special needs through her previous employment and volunteerism.

Michael and Catherine have been educating themselves through podcasts, books, online classes, and open conversations with friends and family who are a part of the adoption community. They understand the importance of having open conversations about their child's adoption story, as well as maintaining consistency, accuracy, and age appropriateness.

Michael and Catherine have the space and child-proofing materials in their home to meet the needs of their future child and have sufficient space for them.

## DETERMINATIONS, CONCLUSIONS, & RECOMMENDATIONS

Michael and Catherine have been very open and forthright in the home study process and have prepared themselves to be adoptive parents. They have discussed, with each other and this social worker, some of the issues and questions that have arisen through their reading and classes.

Michael and Catherine have the ability to meet the physical, developmental, emotional, and educational needs of a child or children and are approved to adopt an infant, up to 2 years of age, of full Caucasian, Hispanic, Asian or African American background or biracial Caucasian, Hispanic, African American, Asian or other backgrounds, and developmental delays. They have discussed many of the possible characteristics of an adoptive situation and are as prepared as possible to make the decisions regarding potential birthparent situations.

Currently, Michael and Catherine are not financially able to afford the adoption process. They plan to apply for grants and to continue to save money so that they can afford the adoption process. When they have raised sufficient funds, we will feel confident in their ability to afford the adoption process.

The statements in the home study are true and correct, to the best of this social worker's knowledge. In fulfilling the requirements of the foster care and adoptive home study Michael and Catherine have successfully met all the legal requirements and criteria set forth by the Commonwealth of Massachusetts Department of Early Childhood and Care.

21