# EXHIBIT L

```
                                                          Page 1

 1   MICHAEL and CATHERINE BURKE    IN THE UNITED STATES
                                    DISTRICT COURT
 2                                  FOR THE DISTRICT OF
                                    MASSACHUSETTS
 3             Plaintiffs
 4   vs.                            Civil Action
                                    No. 1:23-cv-11798-MGM
 5
 6   KATE WALSH, in her official
     capacity as Secretary of the
 7   Massachusetts Executive Office
     of Health and Human Services,
 8   et al.
 9             Defendants
10   _____/
11
12
13             The deposition of LUZ ESTRADA was held on
14   Monday, May 19, 2025 commencing at 8:32 a.m. Via Zoom
15   before Eric Leichter, Notary Public.
16
17
18
19
20
21   REPORTED BY:  Eric Leichter
```

Page 39

```
 1    try to be as supportive -- supportive as we can.  And
 2    also we try to educate.  And this is the policy.  This
 3    is the laws.  I mean, and that's how decisions are made.
 4         Q    Right.  So as you're assessing whether a
 5    family -- once all the information has been gathered, as
 6    you're assessing a family, you need to take all the
 7    information that's been gathered about that family and
 8    use your best judgment to determine will they be
 9    sufficiently supportive of a child's mental health.
10    Right?
11              MS. GOHLKE:  Objection to form.
12         A    Yes.
13         Q    And as you're assessing a family, you've
14    gathered all the information, you have to make your best
15    judgment call about whether the information you've
16    gathered indicates that that family would be
17    sufficiently supportive of a child's sexual orientation.
18    Correct?
19              MS. GOHLKE:  Objection to form.
20         A    Yes.
21         Q    Okay.  And the same for their -- for the --
```

Page 50

1  process and then I would review the -- the -- the
2  completed CTA.  And then -- before that, I would discuss
3  it with the managers.  And then if -- if it was in
4  agreement, I would pass it on as an approval to my
5  manager.
6       Q     Okay.  And in your experience over the past
7  23 years with this licensing process, have you ever seen
8  a licensing study that came with an initial
9  recommendation for approval that was then denied by
10 management or the licensing review team?
11            MS. GOHLKE:  Objection to form.
12      A     It was -- I can't remember.  I'm sorry.
13      Q     Okay.  So you -- you don't know of any.
14            MS. GOHLKE:  Objection to form.
15      A     I'm sorry.  I can't remember.  I can't
16 recall.
17      Q     Okay.  In your experience, how does the
18 licensing review team operate?
19            MS. GOHLKE:  Objection to form.
20      A     I think that we -- that the way it's run,
21 the social worker presents -- I mean, it's lengthy.  We

Page 74

1   break for about 10 minutes?  We've been going for an
2   hour and 20 minutes.  It's -- might need a bit of
3   breather.  Why don't we take a break until 2:30?
4         A     Thank you.
5         Q     Thank you.
6               THE VIDEOGRAPHER:  We're now off the record
7   at 2:19 p.m.
8               (Whereupon a short recess was taken.)
9               THE VIDEOGRAPHER:  We're now back on the
10  record at 2:32 p.m. You may proceed.
11              MR. SHIPOSH:  Thank you very much.
12        Q     So before the break, Ms. Estrada, do you
13  recall we were talking about the operations of the
14  licensing review team?
15        A     Yes.
16        Q     Okay.  And would you agree that different
17  people with DCF, reasonable people, could disagree about
18  whether a family should be licensed?
19              MS. GOHLKE:  Objection to form.
20        A     Yes.
21        Q     Would you agree that reasonable people with

Page 75

1   DCF would disagree about whether a family met a
2   particular policy?
3              MS. GOHLKE:  Objection to form.
4        A    It all depends on the situation.
5        Q    So it's very case specific.
6        A    Mm-hmm.  Yes.
7        Q    Any particular case, a reasonable official
8   with -- at DCF could disagree about whether this
9   particular family meets a policy.
10             MS. GOHLKE:  Objection to form.
11       A    Yeah.  Depending on the situation.
12       Q    In March of 2023, there was a license
13  review team meeting held to discuss the application of
14  Michael and Catherine Burke to be licensed as a foster
15  family.  Do you remember participating in that meeting?
16       A    I can't recall.
17             MS. SHIPOSH:  We will put up Exhibit 3,
18  please.
19       Q    So we're going to look at an exhibit really
20  quick.  This will be Exhibit 3.
21             (Estrada Exhibit 3 was marked for

Page 99

1  State of Maryland

2  City of Baltimore, to wit:

3      I, Eric Leichter, a Notary Public of the State of

4  Maryland, Baltimore City, do hereby certify that the

5  within-named witness personally appeared before me at

6  the time and place herein set out, according to law, was

7  examined by counsel.

8      I further certify that the examination was recorded

9  stenographically by me and this transcript is a true

10  record of the proceedings.

11     I further certify that I am not of counsel to any

12  of the parties, nor in any way interested in the outcome

13  of this action.

14     As witness my hand this 19th day of March 2025.

15                          _____

16

17

18

19

20              Eric Leichter

21