# EXHIBIT T

## Annual Assessment - Event Summary



Household Members

Annual Assessment - Event Summary

Page 1 of 18

Exhibit 22 - Morrissey 06/25/2025

| | | | | |
|---|---|---|---|---|
| Western Regional Licensing Unit | | | | |
| Manager<br><br>Western Regional Licensing Unit | Theresa Harris | Review Recommendation (Manager) | Returned | 09/11/2023 |
| Requester<br><br>Western Regional Licensing Unit | ▇▇ | Re-Request Approval | Submitted | 02/28/2024 |
| Supervisor<br><br>Western Regional Licensing Unit | Euphemia Molina | Review Recommendation (Supervisor) | Reviewed | 02/29/2024 |
| Manager<br><br>Western Regional Licensing Unit | Theresa Harris | Review Recommendation (Manager) | Approved | 03/28/2024 |

Clinical Formulation/Assessment of Protective Capacities:





It is recommended that ▓▓▓ and ▓▓▓▓▓ continue to have their home licensed as an unrelated placement provider. The home should be licensed for a maximum of 2 and best fits 2. ▓▓ has reported that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ so the couple will not be taking any children under one year of age. They also are only looking for respite or hotline placements for a maximum of four nights at a time. Best fits considerations include: diverse backgrounds, sibling groups, Latency Age (6 to 12 years), Preschooler (4 to 5 years), Toddler (1 to 3 years). To note, they do not feel equipped to support the needs of a LGBTQ child. They state they would act appropriately if a child disclosed but would ensure a better fit placement be found for the child.