# EXHIBIT U

Case 3:23-cv-11798-MGM    Document 172-21    Filed 03/13/26    Page 2 of 3

## Family Resource License Study



Exhibit 3 - Morrissey 06/25/2025

Family Resource License Study

CONFIDENTIAL / FOSTER HOME ID: 1774206

Page 1 of 17

DCF-BURKE-B-000741

Subjective ▰▰▰▰▰▰

**J. Child Interest Characteristics:**

She is open to a child of any gender but does have a preference for a female child. She is open to considering a child who is Biracial, Caucasian, Asian, American Indian, Hispanic or of an unknown race/ethnicity. She is concerned about her ability to raise a Black child as her first priority is the child's safety and this also includes their psychological safety. She worries about the additional challenges the child could experience being adopted transracially by a non-Black parent. She is more than willing to learn about resources and would be able to keep a child connected to their culture/heritage. She is open to a child who identifies as LGBTQIA+ and considers herself to have an affirming household. She is also open to a child who practices any religion and would want to learn more about the child or birth family's beliefs so she can support the child.

As a first-time working parent, ▰▰▰ is realistic around how much she can take on. She does not believe she would be a good match for a child who has significant medical needs or has a life limiting diagnosis. She also does not feel she would be a good match for a child who utilizes a wheelchair for mobility. She plans to utilize daycare so a child who required many medical appointments a week with specialists would be challenging.

▰▰▰ understands that the age range she is focusing on may have limited or unknown information about the child's long-term development. She does not feel she would be a good match if the child had a permanent cognitive challenge like Down syndrome.

FOSTER HOME ID: 1774206    DCF-BURKE-B-000755  2