# EXHIBIT V

# Family Resource License Study



Family Resource License Study

CONFIDENTIAL / FOSTER HOME ID: 4999275

Page 1 of 26

DCF-BURKE-B-002411

**Subjective Narrative**

▇

She explained that she would prefer a child/child of her own racial background, White. As a single parent, she does not view she would have the ability to provide a child with the racial development that should be afforded to them so they can grow and learn their racial identity. She shared this anecdote: "Some of my good friends who are married, the father is African American, and the mother is Caucasian, and they have 4 daughters that are bi-racial. Until the girls were able to obtain their own identification, every time the family traveled, my friends had to basically prove the children were theirs with copies of birth certificates." Again, as a single parent, she does not feel like she would best be able to teach and support a child of a different racial background to help them be their truest self. She shared that she would strive intentionally to teach any child/children that may become part of her family to not tolerate any racist behavior and to accept people who are different than themselves and to learn from these differences.

▇ explained that she would feel comfortable handling a child who has asthma, epilepsy or type I diabetes as these conditions are generally able to be managed without her having to miss a lot of work. She shared that she would not be comfortable with a child who has autism, especially if the child was non-verbal.

▇

▇

▇

FOSTER HOME ID: 4999275        DCF-BURKE-B-002433  **2**