**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL and CATHERINE BURKE,<br><br>*Plaintiffs*,<br><br>v.<br><br>KIAME MAHANIAH, in his official capacity as Secretary of the Massachusetts Executive Office of Health and Human Services, *et al*.<br><br>*Defendants*. | Civil Action<br>No. 3:23-cv-11798-MGM<br><br>**DECLARATION OF BENJAMIN A. FLESHMAN** |

I, Benjamin A. Fleshman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and have personal knowledge of all contents of this declaration.
2. I serve as Counsel at the Becket Fund for Religious Liberty and represent Plaintiffs in this action. I am submitting this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Renewed Motion for Summary Judgment.
3. Attached as Exhibit TTT to this declaration is a true and correct copy of the excerpted deposition testimony of Sharon Silvia, corporate representative of the Massachusetts Department of Children and Families, taken by Plaintiffs in this case on June 24, 2025.
4. Attached as Exhibit UUU to this declaration is a true and correct copy of the excerpted deposition testimony of Alisha Morrissey, corporate representative of the Massachusetts Department of Children and Families, taken by Plaintiffs in this case on June 25, 2025.

I declare under penalty of perjury that the information contained in this statement is true and correct.

Executed on April 17, 2026.

/s/Benjamin A. Fleshman
Benjamin A. Fleshman