**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MICHAEL and CATHERINE BURKE,

*Plaintiffs*,

v.

KIAME MAHANIAH, in his official capacity as Secretary of the Massachusetts Executive Office of Health and Human Services, *et al*.

*Defendants*.

Civil Action
No. 3:23-cv-11798-MGM

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING**

Plaintiffs respectfully move to continue the hearing set by this Court for 12:30 PM on October 28, 2026, ECF No. 186. Plaintiffs respectfully note availability and request a hearing date on November 9, 10, or 12, 2026, if possible and at the convenience of the Court.

Counsel for Plaintiffs, William Haun, has previously scheduled travel out of state on October 28, must prepare for a previously scheduled client presentation on October 29, and is responsible for preparing and filing a brief in the Supreme Court of Washington on November 6. Counsel for Plaintiffs, Lori Windham, on November 3 is assisting in representation of the petitioners in *St. Mary Catholic Parish v. Roy*, Dkt. No. 25-581, a matter presently scheduled for oral argument before the Supreme Court of the United States on that date. Counsel for Plaintiffs, Ben Fleshman, is responsible for preparing and filing a response to a petition for certiorari in *Dier v. Landry*, Dkt. No. 26-256, which is currently due on October 28. Further, Plaintiffs themselves intend to be present at this hearing, but committed months ago to a trip out of state on Oct. 28 for medical care.

A continuance until November 9, at the earliest, would permit Plaintiffs' counsel to adequately prepare for the hearing and provide sufficient time for travel to Springfield from Washington, D.C. Plaintiffs' counsel have conferred with Defendants' counsel regarding this motion and Defendants assent to this motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court continue the hearing currently scheduled for 12:30 PM on October 28, 2026, to November 9, 10, or 12, 2026, at the Court's convenience.

Dated: October 14, 2026

Respectfully submitted,

/s/ Lori H. Windham
Lori H. Windham
DC Bar No. 501838
William J. Haun
DC Bar No. 1024405
Benjamin Fleshman
DC Bar No. 1781280
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W., Suite 400
Washington, DC 20006
(202) 955-0095
*lwindham@becketfund.org*

Michael Gilleran
BBO No. 192210
Fisher Broyles, LLP
75 State Street
Suite 100
Boston, MA 02109
(781) 489-5680

**CERTIFICATE OF CONFERENCE LOCAL RULE 7**

I certify that, on October 9, 2026, I conferred via email with counsel for the Defendants, and on October 13, 2026, Defendants stated that they would consent to this motion.

/s/ Lori H. Windham
Lori H. Windham

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF system on October 14, 2026, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Lori H. Windham
Lori H. Windham